Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

>   Case No.: 19–27085–MBK
>   Chapter: 13
>   Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Temeko R. Foster | Michelle R. Foster |
| dba Wow Your Ideas | 400 Maple Grove Boulevard |
| 400 Maple Grove Boulevard | Lumberton, NJ 08048 |
| Lumberton, NJ 08048 | |

Social Security No.:
  xxx–xx–4312                                              xxx–xx–0661

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            3/11/20
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: February 4, 2020
JAN: vpm

>                              Jeanne Naughton
>                              Clerk, U. S. Bankruptcy Court