Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19–27085–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Temeko R. Foster                              Michelle R. Foster
dba Wow Your Ideas                           400 Maple Grove Boulevard
400 Maple Grove Boulevard                    Lumberton, NJ 08048
Lumberton, NJ 08048

Social Security No.:
xxx–xx–4312                                   xxx–xx–0661

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              3/11/20
Time:              10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 4, 2020
JAN: vpm

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-27085-MBK
Temeko R. Foster                                                    Chapter 13
Michelle R. Foster
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin          Page 1 of 4          Date Rcvd: Feb 04, 2020
                            Form ID: 132          Total Noticed: 71


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2020.
```
db/jdb          +Temeko R. Foster,   Michelle R. Foster,    400 Maple Grove Boulevard,   Lumberton, NJ 08048-4618
cr              +CALIBER HOME LOANS, INC.,   Phelan Hallinan & Schmieg, PC,   1617 JFK Boulevard,   Suite 1400,
                 Philadelphia, PA 19103-1814
cr              +LOANCARE, LLC,   Phelan Hallinan & Schmieg, PC,   1617 JFK Boulevard,   Suite 1400,
                 Philadelphia, PA 19103-1814
518476354        American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
518446180       +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
518446182      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX 79998)
518530184        Bank of America, N.A.,   P.O. Box 31785,   Tampa, FL 33631-3785
518446186      ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
                (address filed with court: Caine & Weiner,   Attn: Bankruptcy,   21210 Erwin St,
                 Woodland Hills, CA 91367)
518446194      ++CITIBANK,   PO BOX 6043,   SIOUX FALLS SD 57117-6043
                (address filed with court: Citibank,   7920 NW 110th St,   Kansas City, MO 64153)
518446188       +Caliber Home Loans, In,   Po Box 24610,   Oklahoma City, OK 73124-0610
518529883        Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
518446192       +Chase Card,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
518446195       +Citibank / Sears,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
                 Saint Louis, MO 63179-0040
518446204       +Eastern Account System,   PO Box 837,   Newtown, CT 06470-0837
518446205       +Fed Loan Serv,   Po Box 60610,   Harrisburg, PA 17106-0610
518487247       +Joann Moody,   51 Pageant Lane,   Willingboro, NJ 08046-2703
518565983      ++LOANCARE, LLC,   LOANCARE, LLC,   3637 SENTARA WAY,   VIRGINIA BEACH VA 23452-4262
518446209       +Loancare,   PO Box 8068,   Virginia Beach, VA 23450-8068
518585813       +MEB Loan Trust IV,   Serviced by Select Portfolio Servicing,,   3217 S. Decker Lake Dr.,
                 Salt Lake City, UT 84119-3284
518585814        MEB Loan Trust IV,   Serviced by Select Portfolio Servicing,,   3217 S. Decker Lake Dr.,
                 Salt Lake City, UT 84115,   MEB Loan Trust IV,   84119-3284
518446211       +Machol & Johannes, LLC,   700 17th Street Suite 200,   Denver, CO 80202-3558
518524875        Nissan Motor Acceptance,   POB 660366,   Dallas, TX  75266-0366
518446212       +Nissan Motor Acceptance Corp/Infinity Lt,   Attn: Bankruptcy,   Po Box 660360,
                 Dallas, TX 75266-0360
518446216       +RAS Citron, LLC,   130 Clinton Road,   Suite 202,   Fairfield, NJ 07004-2927
518446217       +Raymour & Flanigan,   Attn: Legal Dept,   7248 Morgan Rd,   Liverpool, NY 13090-4535
518521599      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,   Department of Treasury,
                 Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
518446218       +Selip & Stylianou, LLP,   PO Box 9004,   Woodbury, NY 11797-9004
518446224       +Tenaglia & Hunt,   395 West Passaic Street Suite 205,   Rochelle Park, NJ 07662-3016
518446225       +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
518446227       +Wells Fargo Bank,   Po Box 10438,   Macf8235-02f,   Des Moines, IA 50306-0438
518518215        Wells Fargo Bank, N.A.,   P.O. Box 10438, MAC F8235-02F,   Des Moines, IA  50306-0438
518446228       +Zwick & Associates,   PO Box 9013,   Andover, MA 01810-0913
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 04 2020 23:45:43    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 04 2020 23:45:50    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518446178       +E-mail/Text: backoffice@affirm.com Feb 04 2020 23:46:36    Affirm Inc,   Affirm Incorporated,
                 Po Box 720,   San Francisco, CA 94104-0720
518549291       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Feb 04 2020 23:46:34    Caliber Home Loans, Inc.,
                 13801 Wireless Way,   Oklahoma City OK 73134-2500
518446191       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 04 2020 23:42:14    Capital One,
                 Capital One Retail Srvs,   Po Box 30253,   Salt Lake City, UT 84130-0253
518446189       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 04 2020 23:41:38    Capital One,
                 Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
518446196       +E-mail/Text: documentfiling@lciinc.com Feb 04 2020 23:44:43    Comcast,
                 401 White Horse Rd Ste 2,   Voorhees, NJ  08043-2600
518446197       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 04 2020 23:45:31    Comenity Bank/Express,
                 Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
518446198       +E-mail/Text: convergent@ebn.phinsolutions.com Feb 04 2020 23:46:15
                 Convergent Outsourcing Inc.,   PO Box 9004,   Renton, WA 98057-9004
518446199       +E-mail/PDF: creditonebnknotifications@resurgent.com Feb 04 2020 23:41:43    Credit One Bank,
                 Attn: Bankruptcy Department,   Po Box 98873,   Las Vegas, NV 89193-8873
518446200        E-mail/PDF: DellBKNotifications@resurgent.com Feb 04 2020 23:43:01    Dell Financial Services,
                 Bankrupcty,   1 Dell Way,   Round Rock, TX 78682
```

```
District/off: 0312-3          User: admin              Page 2 of 4              Date Rcvd: Feb 04, 2020
                              Form ID: 132             Total Noticed: 71
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518565898      E-mail/Text: bnc-quantum@quantum3group.com Feb 04 2020 23:45:44
               Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
               Kirkland, WA  98083-0657
518446201     +E-mail/Text: mrdiscen@discover.com Feb 04 2020 23:44:52      Discover,   PO Box 71084,
               Charlotte, NC 28272-1084
518446202     +E-mail/Text: mrdiscen@discover.com Feb 04 2020 23:44:52      Discover Financial,   Po Box 3025,
               New Albany, OH 43054-3025
518446203     +E-mail/Text: dplbk@discover.com Feb 04 2020 23:46:15      Discover Personal Loan,
               Attention: Bankruptcy,   Po Box 30954,   Salt Lake City, UT 84130-0954
518509609     +E-mail/Text: dplbk@discover.com Feb 04 2020 23:46:15      Discover Personal Loans,
               PO Box 30954,   Salt Lake City, UT 84130-0954
518504029      E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 04 2020 23:42:15
               Fair Square Financial LLC,   Resurgent Capital Services,   PO Box 10368,
               Greenville, SC 29603-0368
518446206     +E-mail/Text: fggbanko@fgny.com Feb 04 2020 23:44:53      Forster Garbus & Garbus,
               7 Banta Place,   Hackensack, NJ 07601-5604
518446207      E-mail/Text: cio.bncmail@irs.gov Feb 04 2020 23:45:08      Internal Revenue Service,
               Centralized Insolvency Operations,   PO Box 7346,   Philadelphia, PA 19101-7346
518446208     +E-mail/Text: bncnotices@becket-lee.com Feb 04 2020 23:44:55      Kohls/Capital One,
               Kohls Credit,   Po Box 3043,   Milwaukee, WI 53201-3043
518553547      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 04 2020 23:42:23      LVNV Funding, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518446210     +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 04 2020 23:41:47
               LVNV Funding/Resurgent Capital,   Po Box 10497,   Greenville, SC 29603-0497
518446213     +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 04 2020 23:41:32      Ollo Card Services,
               Attn: Bankruptcy,   Po Box 9222,   Old Bethpage, NY 11804-9222
518539197      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 04 2020 23:42:55
               Portfolio Recovery Associates, LLC,   c/o The Home Depot,   POB 41067,   Norfolk VA 23541
518446214      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 04 2020 23:58:11
               Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541
518529367      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 04 2020 23:58:47
               Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.a.,   POB 41067,
               Norfolk VA 23541
518529414      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 04 2020 23:42:55
               Portfolio Recovery Associates, LLC,   c/o Orchard Bank,   POB 41067,   Norfolk VA 23541
518446215     +E-mail/Text: bankruptcy@pseg.com Feb 04 2020 23:44:47      PSE&G Bankruptcy Department,
               PO Box 490,   Cranford, NJ 07016-0490
518452044      E-mail/Text: bnc-quantum@quantum3group.com Feb 04 2020 23:45:44
               Quantum3 Group LLC as agent for,   Crown Asset Management LLC,   PO Box 788,
               Kirkland, WA  98083-0788
518452029      E-mail/Text: bnc-quantum@quantum3group.com Feb 04 2020 23:45:44
               Quantum3 Group LLC as agent for,   Icon Equities LLC,   PO Box 788,   Kirkland, WA  98083-0788
518452028      E-mail/Text: bnc-quantum@quantum3group.com Feb 04 2020 23:45:44
               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
518459730      E-mail/Text: bncmail@w-legal.com Feb 04 2020 23:46:02      SYNCHRONY BANK,
               c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
518446220     +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2020 23:42:07      Syncb/PLCC,   Attn: Bankruptcy,
               Po Box 965064,   Orlando, FL 32896-5064
518449168     +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2020 23:41:31      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518559131     +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2020 23:41:32      Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518446221     +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2020 23:42:45      Synchrony Bank/Care Credit,
               Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
518446223     +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2020 23:41:34      Synchrony Bank/Lowes,
               Attn: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
518446222     +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2020 23:42:45      Synchrony Bank/Lowes,
               Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
518550609     +E-mail/Text: EBN_AIS@AMERICANINFOSOURCE.COM Feb 04 2020 23:43:18      Verizon,
               by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                          TOTAL: 39


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518487217*    +Affirm Inc,   Affirm Incorporated,   Po Box 720,   San Francisco, CA 94104-0720
518446179*    +Affirm Inc,   Affirm Incorporated,   Po Box 720,   San Francisco, CA 94104-0720
518487216*    +Affirm Inc,   Affirm Incorporated,   Po Box 720,   San Francisco, CA 94104-0720
518446181*    +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
518487218*    +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
518487219*    +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
518487220*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   PO Box 982235,   El Paso, TX 79998)
518446185*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,   Po Box 982238,   El Paso, TX 79998)
518487223*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,   Po Box 982238,   El Paso, TX 79998)
518446184*    +Bank of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
518487221*    +Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
518487222*    +Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
```

```
District/off: 0312-3          User: admin              Page 3 of 4              Date Rcvd: Feb 04, 2020
                              Form ID: 132             Total Noticed: 71


                  ***** BYPASSED RECIPIENTS (continued) *****
518446187*     ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
                 (address filed with court: Caine & Weiner,   Attn: Bankruptcy,    21210 Erwin St,
                 Woodland Hills, CA 91367)
518487224*     ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
                 (address filed with court: Caine & Weiner,   Attn: Bankruptcy,    21210 Erwin St,
                 Woodland Hills, CA 91367)
518487225*     ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
                 (address filed with court: Caine & Weiner,   Attn: Bankruptcy,    21210 Erwin St,
                 Woodland Hills, CA 91367)
518487232*     ++CITIBANK,   PO BOX 6043,   SIOUX FALLS SD 57117-6043
                 (address filed with court: Citibank,   7920 NW 110th St,   Kansas City, MO 64153)
518487226*      +Caliber Home Loans, In,   Po Box 24610,   Oklahoma City, OK 73124-0610
518487229*      +Capital One,   Capital One Retail Srvs,   Po Box 30253,   Salt Lake City, UT 84130-0253
518446190*      +Capital One,   Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
518487227*      +Capital One,   Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
518487228*      +Capital One,   Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
518446193*      +Chase Card,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
518487230*      +Chase Card,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
518487231*      +Chase Card,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
518487233*      +Citibank / Sears,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
                 Saint Louis, MO 63179-0040
518487234*      +Comcast,   401 White Horse Rd Ste 2,   Voorhees, NJ 08043-2600
518487235*      +Comenity Bank/Express,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
518487236*      +Convergent Outsourcing Inc.,   PO Box 9004,   Renton, WA 98057-9004
518487237*      +Credit One Bank,   Attn: Bankruptcy Department,   Po Box 98873,   Las Vegas, NV 89193-8873
518487238*     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services,   Bankrupcty,   1 Dell Way,
                 Round Rock, TX 78682)
518564853*     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services, LLC,   Resurgent Capital Services,
                 PO Box 10390,   Greenville, SC 29603-0390)
518487239*      +Discover,   PO Box 71084,   Charlotte, NC 28272-1084
518487240*      +Discover Financial,   Po Box 3025,   New Albany, OH 43054-3025
518487241*      +Discover Personal Loan,   Attention: Bankruptcy,   Po Box 30954,
                 Salt Lake City, UT 84130-0954
518487242*      +Eastern Account System,   PO Box 837,   Newtown, CT 06470-0837
518487243*      +Fed Loan Serv,   Po Box 60610,   Harrisburg, PA 17106-0610
518487244*      +Forster Garbus & Garbus,   7 Banta Place,   Hackensack, NJ 07601-5604
518487245*       Internal Revenue Service,   Centralized Insolvency Operations,   PO Box 7346,
                 Philadelphia, PA 19101-7346
518487246*       Internal Revenue Service,   Centralized Insolvency Operations,   PO Box 7346,
                 Philadelphia, PA 19101-7346
518487248*      +Kohls/Capital One,   Kohls Credit,   Po Box 3043,   Milwaukee, WI 53201-3043
518487250*      +LVNV Funding/Resurgent Capital,   Po Box 10497,   Greenville, SC 29603-0497
518487249*      +Loancare,   PO Box 8068,   Virginia Beach, VA 23450-8068
518487251*      +Machol & Johannes, LLC,   700 17th Street Suite 200,   Denver, CO 80202-3558
518487252*      +Nissan Motor Acceptance Corp/Infinity Lt,   Attn: Bankruptcy,   Po Box 660360,
                 Dallas, TX 75266-0360
518487253*      +Ollo Card Services,   Attn: Bankruptcy,   Po Box 9222,   Old Bethpage, NY 11804-9222
518487254*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
                 Norfolk, VA 23541)
518487255*      +PSE&G Bankruptcy Department,   PO Box 490,   Cranford, NJ 07016-0490
518487256*      +RAS Citron, LLC,   130 Clinton Road,   Suite 202,   Fairfield, NJ 07004-2927
518487257*      +Raymour & Flanigan,   Attn: Legal Dept,   7248 Morgan Rd,   Liverpool, NY 13090-4535
518446219*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,   PO Box 283,   Trenton, NJ 08602)
518487259*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,   PO Box 283,   Trenton, NJ 08602)
518487258*      +Selip & Stylianou, LLP,   PO Box 9004,   Woodbury, NY 11797-9004
518487260*      +Syncb/PLCC,   Attn: Bankruptcy,   Po Box 965064,   Orlando, FL 32896-5064
518487261*      +Synchrony Bank/Care Credit,   Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
518487263*      +Synchrony Bank/Lowes,   Attn: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
518487262*      +Synchrony Bank/Lowes,   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
518487264*      +Tenaglia & Hunt,   395 West Passaic Street Suite 205,   Rochelle Park, NJ 07662-3016
518446226*      +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
518487265*      +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
518487266*      +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
518487267*      +Wells Fargo Bank,   Po Box 10438,   Macf8235-02f,   Des Moines, IA 50306-0438
518487268*      +Zwick & Associates,   PO Box 9013,   Andover, MA 01810-0913
518446183      ##+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
                                                                                TOTALS: 0, * 62, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 4 of 4         Date Rcvd: Feb 04, 2020
                             Form ID: 132              Total Noticed: 71
```

```
                   ***** BYPASSED RECIPIENTS (continued) *****
Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2020 at the address(es) listed below:
          Albert  Russo  docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor    MEB Loan Trust IV dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Douglas J. McDonough   on behalf of Creditor    Bank of America, NA DMcDonough@flwlaw.com
          Lee Martin Perlman   on behalf of Debtor Temeko R. Foster ecf@newjerseybankruptcy.com,
          mcdoherty@ecf.courtdrive.com
          Lee Martin Perlman   on behalf of Joint Debtor Michelle R. Foster ecf@newjerseybankruptcy.com,
          mcdoherty@ecf.courtdrive.com
          Nicholas V. Rogers   on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
          Nicholas V. Rogers   on behalf of Creditor    LOANCARE, LLC nj.bkecf@fedphe.com
          Robert  Davidow   on behalf of Creditor    LOANCARE, LLC nj.bkecf@fedphe.com
          Sindi  Mncina   on behalf of Creditor    CALIBER HOME LOANS, INC. smncina@rascrane.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                    TOTAL: 10
```