| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-27085 / MBK**

Temeko R. Foster

Michelle R. Foster

Petition Filed Date: 09/05/2019

341 Hearing Date: 10/03/2019

Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/04/2019 | $2,140.00 | 3443256 | 12/03/2019 | $2,140.00 | 63639580 | 12/31/2019 | $2,140.00 | 64434870 |

**Total Receipts for the Period: $6,420.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $8,560.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Temeko R. Foster | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | LEE M PERLMAN, ESQ | Attorney Fees | $3,315.00 | $0.00 | $3,315.00 |
|   | No Disbursements: No Check | | | | |
| 1 | Quantum3 Group LLC as agent for | Unsecured Creditors | $2,023.65 | $0.00 | $0.00 |
|   | »»  CARE CREDIT | | | | |
| 2 | ICON EQUITIES LLC | Unsecured Creditors | $6,641.93 | $0.00 | $0.00 |
|   | »»  CITI DIAMOND PREFERRED CARD/QUANTUM | | | | |
| 3 | ICON EQUITIES LLC | Unsecured Creditors | $8,961.88 | $0.00 | $0.00 |
|   | »»  LOFT MASTERCARD/QUANTUM | | | | |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR | Unsecured Creditors | $8,775.34 | $0.00 | $0.00 |
|   | »»  AT&T UNIVERSAL REWARDS | | | | |
| 5 | SYNCHRONY BANK | Unsecured Creditors | $3,262.44 | $0.00 | $0.00 |
|   | »»  PAYPAL CREDIT | | | | |
| 6 | AMERICAN EXPRESS | Unsecured Creditors | $3,698.09 | $0.00 | $0.00 |
| 7 | INTERNAL REVENUE SERVICE | Priority Crediors | $4,675.36 | $0.00 | $0.00 |
|   | »»  2015,2018 | | | | |
| 8 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $1,000.33 | $0.00 | $0.00 |
| 9 | FAIR SQUARE FINANCIAL, LLC. | Unsecured Creditors | $748.62 | $0.00 | $0.00 |
| 10 | DISCOVER PERSONAL LOANS | Unsecured Creditors | $22,133.28 | $0.00 | $0.00 |
| 11 | Wells Fargo Bank, NA | Secured Creditors | $19,731.63 | $0.00 | $0.00 |
| 12 | Wells Fargo Bank, NA | Unsecured Creditors | $7,433.95 | $0.00 | $0.00 |
| 13 | NJ DIVISION OF TAXATION | Priority Crediors | $4,128.33 | $0.00 | $0.00 |
|   | »»  2018 | | | | |
| 14 | NISSAN MOTOR ACCEPTANCE CORPORATION | Unsecured Creditors | $2,720.08 | $0.00 | $0.00 |
|   | »»  DEF BAL/2013 NISSAN ALTIMA | | | | |
| 15 | NISSAN MOTOR ACCEPTANCE CORPORATION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
|   | »»  DUP OF 12-1/WD 10/23/2019 | No Disbursements: Withdrawn | | | |

**Chapter 13 Case No. 19-27085 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $6,382.21 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  ORCHARD BANK | Unsecured Creditors | $1,705.28 | $0.00 | $0.00 |
| 18 | CAPITAL ONE, NA<br>»»  KOHL'S | Unsecured Creditors | $146.07 | $0.00 | $0.00 |
| 19 | MEB LOAN TRUST<br>»»  NP/51 PAGEANT LN/2ND MTG/BAC/ORDER 1/27/2020 | Mortgage Arrears | $12,421.39 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  HOME DEPOT | Unsecured Creditors | $3,916.56 | $0.00 | $0.00 |
| 21 | CALIBER HOME LOANS, INC.<br>»»  P/400 MAPLE GROVE BOUL/1ST MTG | Mortgage Arrears | $93,968.65 | $0.00 | $0.00 |
| 22 | Verizon by American InfoSource as Agent | Unsecured Creditors | $741.83 | $0.00 | $0.00 |
| 23 | Verizon by American InfoSource as Agent | Unsecured Creditors | $53.04 | $0.00 | $0.00 |
| 24 | Wells Fargo Bank, NA | Unsecured Creditors | $4,850.18 | $0.00 | $0.00 |
| 25 | LVNV FUNDING LLC<br>»»  SHERMAN ORIGINATOR | Unsecured Creditors | $1,077.50 | $0.00 | $0.00 |
| 26 | SYNCHRONY BANK<br>»»  LOWE'S CC | Unsecured Creditors | $159.46 | $0.00 | $0.00 |
| 27 | LVNV FUNDING LLC<br>»»  SHERMAN ORIGINATOR | Unsecured Creditors | $614.07 | $0.00 | $0.00 |
| 28 | DELL FINANCIAL SERVICES, LP | Unsecured Creditors | $4,865.76 | $0.00 | $0.00 |
| 29 | DEPARTMENT STORE NATIONAL BANK | Unsecured Creditors | $1,429.89 | $0.00 | $0.00 |
| 30 | Loancare<br>»»  NP/51 PAGEANT LN/1ST MTG | Mortgage Arrears | $29,084.65 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,560.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $2,140.00 |
| Paid to Trustee: | $616.32 | Arrearages: | $0.00 |
| Funds on Hand: | $7,943.68 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**