| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>833135<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for LOANCARE, LLC | |
| In Re:<br><br>Michelle Foster A/k/a Michelle R. Foster<br>Temeko R. Foster D/b/a Wow Your Ideas | Case No: 19-27085 - MBK<br><br>Hearing Date: January 14, 2020<br><br>Judge: MICHAEL B KAPLAN<br><br>Chapter: 13 |

### CERTIFICATION OF SERVICE

1. I, Brandon Johnson:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents LOANCARE, LLC in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On March 31, 2020 I sent a copy of the following pleadings and/or documents to the parties listed below:

    Order Resolving Motion to Vacate Stay

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: March 31, 2020                              /s/ *Brandon Johnson*
                                                                    Brandon Johnson

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michelle R. Foster<br>51 Pageant Lane, Willingboro, NJ 08046 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Wow Your Ideas<br>51 Pageant Lane, Willingboro, NJ 08046 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Lee Martin Perlman, Esquire<br>1926 Greentree Road<br>Suite 100<br>Cherry Hill, NJ 08003 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Albert Russo, Trustee<br>Standing Chapter 13 Trustee<br>Cn4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.