Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−27085−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Temeko R. Foster<br>dba Wow Your Ideas<br>400 Maple Grove Boulevard<br>Lumberton, NJ 08048 | Michelle R. Foster<br>400 Maple Grove Boulevard<br>Lumberton, NJ 08048 |

Social Security No.:
  xxx−xx−4312                                                       xxx−xx−0661

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/8/20 at 09:00 AM

to consider and act upon the following:

*64* − Creditor's Certification of Default (related document:56 Order on Motion For Relief From Stay) filed by Robert Davidow on behalf of LOANCARE, LLC. Objection deadline is 06/24/2020. (Attachments: # 1 Proposed Order # 2 Certification Attorney Certification # 3 Certificate of Service # 4 Exhibit Exhibit A) (Davidow, Robert)

Dated: 6/23/20

                                                                   Jeanne Naughton
                                                                    Clerk, U.S. Bankruptcy Court