Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−27085−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Temeko R. Foster
dba Wow Your Ideas
400 Maple Grove Boulevard
Lumberton, NJ 08048

Michelle R. Foster
400 Maple Grove Boulevard
Lumberton, NJ 08048

Social Security No.:
xxx−xx−4312

xxx−xx−0661

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/8/20 at 09:00 AM

to consider and act upon the following:

*64* − Creditor's Certification of Default (related document:56 Order on Motion For Relief From Stay) filed by Robert Davidow on behalf of LOANCARE, LLC. Objection deadline is 06/24/2020. (Attachments: # 1 Proposed Order # 2 Certification Attorney Certification # 3 Certificate of Service # 4 Exhibit Exhibit A) (Davidow, Robert)

Dated: 6/23/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Temeko R. Foster  
Michelle R. Foster  
    Debtors

Case No. 19-27085-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 23, 2020  
                   Form ID: ntchrgbk     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2020.  
db/jdb      +Temeko R. Foster,    Michelle R. Foster,    400 Maple Grove Boulevard,    Lumberton, NJ 08048-4618  
cr         +LOANCARE, LLC,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2020 at the address(es) listed below:  
         Albert    Russo     docs@russotrustee.com  
         Andrew L. Spivack     on behalf of Creditor     CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com  
         Denise E. Carlon     on behalf of Creditor     MEB Loan Trust IV dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Douglas J. McDonough     on behalf of Creditor     Bank of America, NA DMcDonough@flwlaw.com  
         Lee Martin Perlman     on behalf of Joint Debtor Michelle R. Foster ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com  
         Lee Martin Perlman     on behalf of Debtor Temeko R. Foster ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com  
         Nicholas V. Rogers     on behalf of Creditor     CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com  
         Nicholas V. Rogers     on behalf of Creditor     LOANCARE, LLC nj.bkecf@fedphe.com  
         Robert    Davidow     on behalf of Creditor     LOANCARE, LLC nj.bkecf@fedphe.com  
         Sindi    Mncina     on behalf of Creditor     CALIBER HOME LOANS, INC. smncina@rascrane.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                             TOTAL: 11