| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>837982<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for LOANCARE, LLC |
| In Re:<br><br>   TEMEKO R. FOSTER D/B/A WOW YOUR IDEAS<br>   MICHELLE R. FOSTER<br><br>   Debtors |

**Order Filed on July 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-27085 - MBK

Judge: MICHAEL B KAPLAN

Chapter: 13

Recommended Local Form:  ☐ Followed  ☒ Modified

## ORDER VACATING STAY

___  The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 23, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of LOANCARE, LLC, under 11 USC §362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

51 PAGEANT LANE, WILLINGBORO, NJ 08046

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:
Temeko R. Foster
Michelle R. Foster
       Debtors

Case No. 19-27085-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 24, 2020
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2020.
db/jdb       +Temeko R. Foster,   Michelle R. Foster,   400 Maple Grove Boulevard,   Lumberton, NJ 08048-4618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2020                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2020 at the address(es) listed below:
           Albert   Russo    docs@russotrustee.com
           Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
           Denise E. Carlon    on behalf of Creditor    MEB Loan Trust IV dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Douglas J. McDonough    on behalf of Creditor    Bank of America, NA DMcDonough@flwlaw.com
           Lee Martin Perlman    on behalf of Joint Debtor Michelle R. Foster ecf@newjerseybankruptcy.com,
            mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
           Lee Martin Perlman    on behalf of Debtor Temeko R. Foster ecf@newjerseybankruptcy.com,
            mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
           Nicholas V. Rogers    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
           Nicholas V. Rogers    on behalf of Creditor    LOANCARE, LLC nj.bkecf@fedphe.com
           Robert   Davidow    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
           Robert   Davidow    on behalf of Creditor    LOANCARE, LLC nj.bkecf@fedphe.com
           Sindi   Mncina    on behalf of Creditor    CALIBER HOME LOANS, INC. smncina@rascrane.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                           TOTAL: 12