Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19−27085−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Temeko R. Foster | Michelle R. Foster |
| dba Wow Your Ideas | 400 Maple Grove Boulevard |
| 400 Maple Grove Boulevard | Lumberton, NJ 08048 |
| Lumberton, NJ 08048 | |

Social Security No.:
    xxx−xx−4312                              xxx−xx−0661

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 11, 2020.

On 09/15/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                    October 20, 2020
Time:                     10:00 AM
Location:           Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
of a secure claim, such holders acceptance or rejection of the Plan before modification will
be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 16, 2020
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 19-27085-MBK
Temeko R. Foster                                                                    Chapter 13
Michelle R. Foster
        Debtors

**CERTIFICATE OF NOTICE**

District/off: 0312-3          User: admin              Page 1 of 4              Date Rcvd: Sep 16, 2020
                             Form ID: 185              Total Noticed: 71

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2020.
```
db/jdb      +Temeko R. Foster,    Michelle R. Foster,     400 Maple Grove Boulevard,    Lumberton, NJ 08048-4618
cr          +CALIBER HOME LOANS, INC.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
             Philadelphia, PA 19103-1814
cr          +LOANCARE, LLC,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
             Philadelphia, PA 19103-1814
518476354    American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
             Malvern  PA 19355-0701
518446180   +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
518446182   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX 79998)
518530184    Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
518446186   ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
             (address filed with court: Caine & Weiner,     Attn: Bankruptcy,    21210 Erwin St,
             Woodland Hills, CA 91367)
518446194   ++CITIBANK,    PO Box 6043,    SIOUX FALLS SD 57117-6043
             (address filed with court: Citibank,     7920 NW 110th St,    Kansas City, MO 64153)
518446188   +Caliber Home Loans, In,    Po Box 24610,    Oklahoma City, OK 73124-0610
518529883    Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518446195   +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
             Saint Louis, MO 63179-0040
518446204   +Eastern Account System,    PO Box 837,    Newtown, CT 06470-0837
518446205   +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
518487247   +Joann Moody,    51 Pageant Lane,    Willingboro, NJ 08046-2703
518565983   +LOANCARE, LLC,    LOANCARE, LLC,    3637 SENTARA WAY,    VIRGINIA BEACH VA 23452-4262
518446209   +Loancare,    PO Box 8068,    Virginia Beach, VA 23450-8068
518585813   +MEB Loan Trust IV,    Serviced by Select Portfolio Servicing,,    3217 S. Decker Lake Dr.,
             Salt Lake City, UT 84119-3284
518585814   +MEB Loan Trust IV,    Serviced by Select Portfolio Servicing,,    3217 S. Decker Lake Dr.,
             Salt Lake City, UT 84115,    MEB Loan Trust IV,    84119-3284
518446211   +Machol & Johannes, LLC,    700 17th Street Suite 200,    Denver, CO 80202-3558
518524875    Nissan Motor Acceptance,    POB 660366,    Dallas, TX  75266-0366
518446212   +Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    Po Box 660360,
             Dallas, TX 75266-0360
518446216   +RAS Citron, LLC,    130 Clinton Road,    Suite 202,    Fairfield, NJ 07004-2927
518446217   +Raymour & Flanigan,    Attn: Legal Dept,    7248 Morgan Rd,    Liverpool, NY 13090-4535
518521599   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,     Department of Treasury,
             Division of Taxation,    Po Box 245,    Trenton, NJ 08695-0245)
518446218   +Selip & Stylianou, LLP,    PO Box 9004,    Woodbury, NY 11797-9004
518446224   +Tenaglia & Hunt,    395 West Passaic Street Suite 205,    Rochelle Park, NJ 07662-3016
518446225   +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
518446227   +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
518518215    Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
518446228   +Zwick & Associates,    PO Box 9013,    Andover, MA 01810-0913
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 17 2020 00:18:40    U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 17 2020 00:18:39    United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
518446178   +E-mail/Text: backoffice@affirm.com Sep 17 2020 00:19:15    Affirm Inc,    Affirm Incorporated,
             Po Box 720,    San Francisco, CA 94104-0720
518549291   +E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 17 2020 00:19:13    Caliber Home Loans, Inc.,
             13801 Wireless Way,    Oklahoma City OK 73134-2500
518446191   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2020 00:20:32    Capital One,
             Capital One Retail Srvs,    Po Box 30253,    Salt Lake City, UT 84130-0253
518446189   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 17 2020 00:19:47    Capital One,
             Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
518446196   +E-mail/Text: documentfiling@lciinc.com Sep 17 2020 00:17:34    Comcast,
             401 White Horse Rd Ste 2,    Voorhees, NJ 08043-2600
518446197   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 17 2020 00:18:19    Comenity Bank/Express,
             Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
518446198   +E-mail/Text: convergent@ebn.phinsolutions.com Sep 17 2020 00:18:57
             Convergent Outsourcing Inc.,    PO Box 9004,    Renton, WA 98057-9004
518446199   +E-mail/PDF: creditonebknotifications@resurgent.com Sep 17 2020 00:19:50    Credit One Bank,
             Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
518446200    E-mail/PDF: DellBKNotifications@resurgent.com Sep 17 2020 00:21:27    Dell Financial Services,
             Bankruptcy,    1 Dell Way,    Round Rock, TX 78682
518565898    E-mail/Text: bnc-quantum@quantum3group.com Sep 17 2020 00:18:31
             Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
             Kirkland, WA  98083-0657
```

District/off: 0312-3          User: admin               Page 2 of 4              Date Rcvd: Sep 16, 2020
                             Form ID: 185               Total Noticed: 71

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518446201      +E-mail/Text: mrdiscen@discover.com Sep 17 2020 00:17:46     Discover,  PO Box 71084,
                Charlotte, NC 28272-1084
518446202      +E-mail/Text: mrdiscen@discover.com Sep 17 2020 00:17:46      Discover Financial,  Po Box 3025,
                New Albany, OH 43054-3025
518446203      +E-mail/Text: dplbk@discover.com Sep 17 2020 00:18:56     Discover Personal Loan,
                Attention: Bankruptcy,  Po Box 30954,  Salt Lake City, UT 84130-0954
518509609      +E-mail/Text: dplbk@discover.com Sep 17 2020 00:18:56     Discover Personal Loans,
                PO Box 30954,   Salt Lake City, UT 84130-0954
518504029      E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 17 2020 00:19:39
                Fair Square Financial LLC,  Resurgent Capital Services,  PO Box 10368,
                Greenville, SC 29603-0368
518446206      +E-mail/Text: fggbanko@fgny.com Sep 17 2020 00:17:55     Forster Garbus & Garbus,
                7 Banta Place,  Hackensack, NJ 07601-5604
518446207       E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 17 2020 00:18:03     Internal Revenue Service,
                Centralized Insolvency Operations,  PO Box 7346,  Philadelphia, PA 19101-7346
518446192       E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 17 2020 00:21:17     Chase Card,
                Attn: Correspondence Dept,  Po Box 15298,  Wilmington, DE 19850
518446208      +E-mail/Text: PBNCNotifications@peritusservices.com Sep 17 2020 00:17:49      Kohls/Capital One,
                Kohls Credit,  Po Box 3043,  Milwaukee, WI 53201-3043
518553547       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2020 00:20:45     LVNV Funding, LLC,
                Resurgent Capital Services,  PO Box 10587,  Greenville, SC 29603-0587
518446210      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 17 2020 00:19:58
                LVNV Funding/Resurgent Capital,  Po Box 10497,  Greenville, SC 29603-0497
518446213      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 17 2020 00:19:38     Ollo Card Services,
                Attn: Bankruptcy,  Po Box 9222,  Old Bethpage, NY 11804-9222
518539197       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2020 00:20:38
                Portfolio Recovery Associates, LLC,  c/o The Home Depot,  POB 41067,  Norfolk VA 23541
518446214       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2020 00:19:54
                Portfolio Recovery,  Attn: Bankruptcy,  Po Box 41067,  Norfolk, VA 23541
518529367       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2020 00:19:54
                Portfolio Recovery Associates, LLC,  c/o Capital One Bank, N.a.,  POB 41067,
                Norfolk VA 23541
518529414       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 17 2020 00:21:26
                Portfolio Recovery Associates, LLC,  c/o Orchard Bank,  POB 41067,  Norfolk VA 23541
518446215      +E-mail/Text: bankruptcy@pseg.com Sep 17 2020 00:17:36     PSE&G Bankruptcy Department,
                PO Box 490,  Cranford, NJ 07016-0490
518452044       E-mail/Text: bnc-quantum@quantum3group.com Sep 17 2020 00:18:31
                Quantum3 Group LLC as agent for,  Crown Asset Management LLC,  PO Box 788,
                Kirkland, WA  98083-0788
518452029       E-mail/Text: bnc-quantum@quantum3group.com Sep 17 2020 00:18:31
                Quantum3 Group LLC as agent for,  Icon Equities LLC,  Po Box 788,  Kirkland, WA  98083-0788
518452028       E-mail/Text: bnc-quantum@quantum3group.com Sep 17 2020 00:18:31
                Quantum3 Group LLC as agent for,  MOMA Funding LLC,  PO Box 788,  Kirkland, WA  98083-0788
518459730      +E-mail/Text: bncmail@w-legal.com Sep 17 2020 00:18:45     SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,  2001 Western Ave., Ste 400,  Seattle, WA 98121-3132
518446220      +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2020 00:20:23     Syncb/PLCC,  Attn: Bankruptcy,
                Po Box 965064,  Orlando, FL 32896-5064
518449168      +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2020 00:19:37     Synchrony Bank,
                c/o o of PRA Receivables Management, LLC,  PO Box 41021,  Norfolk, VA 23541-1021
518559131      +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2020 00:20:25     Synchrony Bank,
                c/o PRA Receivables Management, LLC,  PO Box 41021,  Norfolk, VA 23541-1021
518446221      +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2020 00:19:38     Synchrony Bank/Care Credit,
                Attn: Bankruptcy,  Po Box 956060,  Orlando, FL 32896-0001
518446223      +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2020 00:43:16     Synchrony Bank/Lowes,
                Attn: Bankruptcy,  Po Box 103104,  Roswell, GA 30076-9104
518446222      +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2020 00:19:37     Synchrony Bank/Lowes,
                Attn: Bankruptcy,  Po Box 965060,  Orlando, FL 32896-5060
518550609      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 17 2020 00:20:05     Verizon,
                by American InfoSource as agent,  4515 N Santa Fe Ave,  Oklahoma City, OK 73118-7901
                                                                                     TOTAL: 40

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518487217*      +Affirm Inc,  Affirm Incorporated,  Po Box 720,  San Francisco, CA 94104-0720
518446179*      +Affirm Inc,  Affirm Incorporated,  Po Box 720,  San Francisco, CA 94104-0720
518487216*      +Affirm Inc,  Affirm Incorporated,  Po Box 720,  San Francisco, CA 94104-0720
518446181*      +Amex,  Correspondence,  Po Box 981540,  El Paso, TX 79998-1540
518487218*      +Amex,  Correspondence,  Po Box 981540,  El Paso, TX 79998-1540
518487219*      +Amex,  Correspondence,  Po Box 981540,  El Paso, TX 79998-1540
518487220*      ++BANK OF AMERICA,  PO BOX 982238,  EL PASO TX 79998-2238
                (address filed with court: Bank of America,  PO Box 982235,  El Paso, TX 79998)
518446185*      ++BANK OF AMERICA,  PO BOX 982238,  EL PASO TX 79998-2238
                (address filed with court: Bk Of Amer,  Po Box 982238,  El Paso, TX 79998)
518487223*      ++BANK OF AMERICA,  PO BOX 982238,  EL PASO TX 79998-2238
                (address filed with court: Bk Of Amer,  Po Box 982238,  El Paso, TX 79998)
518446184*      +Bank Of America,  Nc4-105-03-14,  Po Box 26012,  Greensboro, NC 27420-6012
518487221*      +Bank Of America,  Nc4-105-03-14,  Po Box 26012,  Greensboro, NC 27420-6012
518487222*      +Bank Of America,  Nc4-105-03-14,  Po Box 26012,  Greensboro, NC 27420-6012

```
District/off: 0312-3           User: admin            Page 3 of 4               Date Rcvd: Sep 16, 2020
                               Form ID: 185            Total Noticed: 71

                    ***** BYPASSED RECIPIENTS (continued) *****
518446187*   ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,   Attn: Bankruptcy,    21210 Erwin St,
               Woodland Hills, CA 91367)
518487224*   ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,   Attn: Bankruptcy,    21210 Erwin St,
               Woodland Hills, CA 91367)
518487225*   ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,   Attn: Bankruptcy,    21210 Erwin St,
               Woodland Hills, CA 91367)
518487232*   ++CITIBANK,   PO BOX 6043,   SIOUX FALLS SD 57117-6043
               (address filed with court: Citibank,   7920 NW 110th St,   Kansas City, MO 64153)
518487226*   +Caliber Home Loans, In,   Po Box 24610,   Oklahoma City, OK 73124-0610
518487229*   +Capital One,   Capital One Retail Srvs,   Po Box 30253,   Salt Lake City, UT 84130-0253
518446190*   +Capital One,   Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
518487227*   +Capital One,   Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
518487228*   +Capital One,   Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
518487233*   +Citibank / Sears,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
               Saint Louis, MO 63179-0040
518487234*   +Comcast,   401 White Horse Rd Ste 2,   Voorhees, NJ 08043-2600
518487235*   +Comenity Bank/Express,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
518487236*   +Convergent Outsourcing Inc.,   PO Box 9004,   Renton, WA 98057-9004
518487237*   +Credit One Bank,   Attn: Bankruptcy Department,   Po Box 98873,   Las Vegas, NV 89193-8873
518487238*   ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,   Bankrupcty,   1 Dell Way,
               Round Rock, TX 78682)
518564853*   ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,   Resurgent Capital Services,
               PO Box 10390,   Greenville, SC 29603-0390)
518487239*   +Discover,   PO Box 71084,   Charlotte, NC 28272-1084
518487240*   +Discover Financial,   Po Box 3025,   New Albany, OH 43054-3025
518487241*   +Discover Personal Loan,   Attention: Bankruptcy,   Po Box 30954,
               Salt Lake City, UT 84130-0954
518487242*   +Eastern Account System,   PO Box 837,   Newtown, CT 06470-0837
518487243*   +Fed Loan Serv,   Po Box 60610,   Harrisburg, PA 17106-0610
518487244*   +Forster Garbus & Garbus,   7 Banta Place,   Hackensack, NJ 07601-5604
518487245*    Internal Revenue Service,   Centralized Insolvency Operations,   PO Box 7346,
               Philadelphia, PA 19101-7346
518487246*    Internal Revenue Service,   Centralized Insolvency Operations,   PO Box 7346,
               Philadelphia, PA 19101-7346
518446193*   ++JPMORGAN CHASE BANK N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
               MONROE LA 71203-4774
               (address filed with court: Chase Card,   Attn: Correspondence Dept,   Po Box 15298,
               Wilmington, DE 19850)
518487230*   ++JPMORGAN CHASE BANK N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
               MONROE LA 71203-4774
               (address filed with court: Chase Card,   Attn: Correspondence Dept,   Po Box 15298,
               Wilmington, DE 19850)
518487231*   ++JPMORGAN CHASE BANK N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
               MONROE LA 71203-4774
               (address filed with court: Chase Card,   Attn: Correspondence Dept,   Po Box 15298,
               Wilmington, DE 19850)
518487248*   +Kohls/Capital One,   Kohls Credit,   Po Box 3043,   Milwaukee, WI 53201-3043
518487250*   +LVNV Funding/Resurgent Capital,   Po Box 10497,   Greenville, SC 29603-0497
518487249*   +Loancare,   PO Box 8068,   Virginia Beach, VA 23450-8068
518487251*   +Machol & Johannes, LLC,   700 17th Street Suite 200,   Denver, CO 80202-3558
518487252*   +Nissan Motor Acceptance Corp/Infinity Lt,   Attn: Bankruptcy,   Po Box 660360,
               Dallas, TX 75266-0360
518487253*   +Ollo Card Serv,   Attn: Bankruptcy,   Po Box 9222,   Old Bethpage, NY 11804-9222
518487254*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
               Norfolk, VA 23541)
518487255*   +PSE&G Bankruptcy Department,   PO Box 490,   Cranford, NJ 07016-0490
518487256*   +RAS Citron, LLC,   130 Clinton Road,   Suite 202,   Fairfield, NJ 07004-2927
518487257*   +Raymour & Flanigan,   Attn: Legal Dept,   7248 Morgan Rd,   Liverpool, NY 13090-4535
518446219*   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,   PO Box 283,   Trenton, NJ 08602)
518487259*   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,   PO Box 283,   Trenton, NJ 08602)
518487258*   +Selip & Stylianou, LLP,   PO Box 9004,   Woodbury, NY 11797-9004
518487260*   +Syncb/PLCC,   Attn: Bankruptcy,   Po Box 965064,   Orlando, FL 32896-5064
518487261*   +Synchrony Bank/Care Credit,   Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
518487263*   +Synchrony Bank/Lowes,   Attn: Bankruptcy,   PO Box 103104,   Roswell, GA 30076-9104
518487262*   +Synchrony Bank/Lowes,   Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
518487264*   +Tenaglia & Hunt,   395 West Passaic Street Suite 205,   Rochelle Park, NJ 07662-3016
518446226*   +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
518487265*   +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
518487266*   +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
```

```
District/off: 0312-3          User: admin              Page 4 of 4             Date Rcvd: Sep 16, 2020
                             Form ID: 185              Total Noticed: 71

             ***** BYPASSED RECIPIENTS (continued) *****
518487267*       +Wells Fargo Bank,   Po Box 10438,   Macf8235-02f,   Des Moines, IA 50306-0438
518487268*       +Zwick & Associates,   PO Box 9013,   Andover, MA 01810-0913
518446183       ##+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
                                                                      TOTALS: 0, * 62, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2020 at the address(es) listed below:
         Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
         Albert  Russo   docs@russotrustee.com
         Andrew L. Spivack   on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
         Denise E. Carlon   on behalf of Creditor    MEB Loan Trust IV dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Douglas J. McDonough   on behalf of Creditor    MEB Loan Trust IV DMcDonough@flwlaw.com
         Douglas J. McDonough   on behalf of Creditor    Bank of America, NA DMcDonough@flwlaw.com
         Lee Martin Perlman   on behalf of Debtor Temeko R. Foster ecf@newjerseybankruptcy.com,
          mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
         Lee Martin Perlman   on behalf of Joint Debtor Michelle R. Foster ecf@newjerseybankruptcy.com,
          mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
         Nicholas V. Rogers   on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
         Nicholas V. Rogers   on behalf of Creditor    LOANCARE, LLC nj.bkecf@fedphe.com
         Robert  Davidow   on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
         Robert  Davidow   on behalf of Creditor    LOANCARE, LLC nj.bkecf@fedphe.com
         Sindi  Mncina   on behalf of Creditor    CALIBER HOME LOANS, INC. smncina@rascrane.com
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                      TOTAL: 14
```