UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
(973) 325-8800
File No.: 03-018504-B01
Douglas McDonough, Esq.
Attorney ID: DM0973
DMcDonough@flwlaw.com
Attorney for MEB Loan Trust IV, Secured Creditor

Order Filed on September 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: **19-27085-MBK**

Chapter 13

Judge Michael B. Kaplan

In Re:

**Temeko R. Foster dba Wow Your Ideas and Michelle R. Foster**

Debtor(s).

### ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 30, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2 of 2)

Debtor: **Temeko R. Foster**
Case No.: **19-27085-MBK**
Caption of Order: **Order Vacating Stay As To Real Property**

Upon the motion of MEB Loan Trust IV, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction to pursue the Movant's rights in the real property commonly known as:

51 Pageant Ln, Willingboro, NJ 08046.

It is further **ORDERED** that the Movant may join the Debtor(s) and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further **ORDERED** That the fourteen (14) day stay of this order imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived, and stay relief is effective as of the date of this Order.

It is further **ORDERED** that this Order shall survive the conversion of this case to any other chapter of the Bankruptcy Code and remain in full force and effect.

It is further **ORDERED** that the Movant shall serve this order on the Debtor, any Trustee and any other party who entered an appearance on the motion.