UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on September 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
(973) 325-8800
File No.: 03-018504-B01
Douglas McDonough, Esq.
Attorney ID: DM0973
DMcDonough@flwlaw.com
Attorney for MEB Loan Trust IV, Secured Creditor

Case No.: **19-27085-MBK**

Chapter 13

Judge Michael B. Kaplan

In Re:

**Temeko R. Foster dba Wow Your Ideas and Michelle R. Foster**

Debtor(s).

### ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 30, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2 of 2)

Debtor: **Temeko R. Foster**
Case No.: **19-27085-MBK**
Caption of Order: **Order Vacating Stay As To Real Property**

Upon the motion of MEB Loan Trust IV, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction to pursue the Movant's rights in the real property commonly known as:

51 Pageant Ln, Willingboro, NJ 08046.

It is further **ORDERED** that the Movant may join the Debtor(s) and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further **ORDERED** That the fourteen (14) day stay of this order imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived, and stay relief is effective as of the date of this Order.

It is further **ORDERED** that this Order shall survive the conversion of this case to any other chapter of the Bankruptcy Code and remain in full force and effect.

It is further **ORDERED** that the Movant shall serve this order on the Debtor, any Trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:  
Temeko R. Foster  
Michelle R. Foster  
    Debtor(s)

Case No. 19-27085-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 30, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

**Recip ID**    **Recipient Name and Address**  
db/jdb    + Temeko R. Foster, Michelle R. Foster, 400 Maple Grove Boulevard, Lumberton, NJ 08048-4618

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**    **Name and Address**  
jdb    *+    Michelle R. Foster, 400 Maple Grove Boulevard, Lumberton, NJ 08048-4618

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:**

**Name**    **Email Address**

Albert Russo  
    docs@russotrustee.com

Albert Russo  
    on behalf of Trustee Albert Russo docs@russotrustee.com

Andrew L. Spivack  
    on behalf of Creditor CALIBER HOME LOANS  INC. nj.bkecf@fedphe.com

Denise E. Carlon  
    on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 30, 2020 | Form ID: pdf903 | Total Noticed: 1 |

Douglas J. McDonough
    on behalf of Creditor Bank of America  NA DMcDonough@flwlaw.com

Douglas J. McDonough
    on behalf of Creditor MEB Loan Trust IV DMcDonough@flwlaw.com

Lee Martin Perlman
    on behalf of Joint Debtor Michelle R. Foster ecf@newjerseybankruptcy.com
    mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman
    on behalf of Debtor Temeko R. Foster ecf@newjerseybankruptcy.com
    mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Nicholas V. Rogers
    on behalf of Creditor CALIBER HOME LOANS  INC. nj.bkecf@fedphe.com

Nicholas V. Rogers
    on behalf of Creditor LOANCARE  LLC nj.bkecf@fedphe.com

Robert Davidow
    on behalf of Creditor CALIBER HOME LOANS  INC. nj.bkecf@fedphe.com

Robert Davidow
    on behalf of Creditor LOANCARE  LLC nj.bkecf@fedphe.com

Sindi Mncina
    on behalf of Creditor CALIBER HOME LOANS  INC. smncina@rascrane.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14