Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−27085−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Temeko R. Foster
dba Wow Your Ideas
400 Maple Grove Boulevard
Lumberton, NJ 08048

Michelle R. Foster
400 Maple Grove Boulevard
Lumberton, NJ 08048

Social Security No.:
xxx−xx−4312

xxx−xx−0661

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 11, 2020.

On 11/20/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date: January 5, 2021
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 23, 2020
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-27085-MBK |
| Temeko R. Foster | Chapter 13 |
| Michelle R. Foster | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 6 |
| Date Rcvd: Nov 23, 2020 | Form ID: 185 | Total Noticed: 71 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Temeko R. Foster, Michelle R. Foster, 400 Maple Grove Boulevard, Lumberton, NJ 08048-4618 |
| cr | + | CALIBER HOME LOANS, INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | LOANCARE, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518476354 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518446180 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518446182 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 518530184 | | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 518446186 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Attn: Bankruptcy, 21210 Erwin St, Woodland Hills, CA 91367 |
| 518446194 | ++ | CITIBANK, PO BOX 6043, SIOUX FALLS SD 57117-6043 address filed with court:, Citibank, 7920 NW 110th St, Kansas City, MO 64153 |
| 518446188 | + | Caliber Home Loans, In, Po Box 24610, Oklahoma City, OK 73124-0610 |
| 518529883 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518446195 | + | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 518446225 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518446204 | + | Eastern Account System, PO Box 837, Newtown, CT 06470-0837 |
| 518446205 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 518487247 | + | Joann Moody, 51 Pageant Lane, Willingboro, NJ 08046-2703 |
| 518565983 | + | LOANCARE, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 518446209 | + | Loancare, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 518585813 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 518585814 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, MEB Loan Trust IV 84119-3284 |
| 518446211 | + | Machol & Johannes, LLC, 700 17th Street Suite 200, Denver, CO 80202-3558 |
| 518524875 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 518446212 | + | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 518446216 | + | RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518446217 | + | Raymour & Flanigan, Attn: Legal Dept, 7248 Morgan Rd, Liverpool, NY 13090-4535 |
| 518521599 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518446218 | + | Selip & Stylianou, LLP, PO Box 9004, Woodbury, NY 11797-9004 |
| 518446224 | + | Tenaglia & Hunt, 395 West Passaic Street Suite 205, Rochelle Park, NJ 07662-3016 |
| 518446227 | + | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 518518215 | | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518446228 | + | Zwick & Associates, PO Box 9013, Andover, MA 01810-0913 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

Case 19-27085-MBK    Doc 88    Filed 11/25/20    Entered 11/26/20 00:20:20    Desc Imaged
                                 Certificate of Notice    Page 3 of 7

| District/off: 0312-3 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Nov 23, 2020 | Form ID: 185 | Total Noticed: 71 |

| | | | | |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 23 2020 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 23 2020 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518446178 | + | Email/Text: backoffice@affirm.com | Nov 23 2020 21:27:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 518549291 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Nov 23 2020 21:27:00 | Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City OK 73134-2500 |
| 518446191 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 23 2020 22:06:01 | Capital One, Capital One Retail Srvs, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518446189 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 23 2020 22:06:38 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518446196 | + | Email/Text: documentfiling@lciinc.com | Nov 23 2020 21:25:00 | Comcast, 401 White Horse Rd Ste 2, Voorhees, NJ 08043-2600 |
| 518446197 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2020 21:26:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518446198 | + | Email/Text: convergent@ebn.phinsolutions.com | Nov 23 2020 21:27:00 | Convergent Outsourcing Inc., PO Box 9004, Renton, WA 98057-9004 |
| 518446199 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 23 2020 22:06:04 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518446200 | | Email/PDF: DellBKNotifications@resurgent.com | Nov 23 2020 22:05:33 | Dell Financial Services, Bankrupcty, 1 Dell Way, Round Rock, TX 78682 |
| 518565898 | | Email/Text: bnc-quantum@quantum3group.com | Nov 23 2020 21:26:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518446201 | + | Email/Text: mrdiscen@discover.com | Nov 23 2020 21:25:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 518446202 | + | Email/Text: mrdiscen@discover.com | Nov 23 2020 21:25:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 518446203 | + | Email/Text: dplbk@discover.com | Nov 23 2020 21:27:00 | Discover Personal Loan, Attention: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 518509609 | + | Email/Text: dplbk@discover.com | Nov 23 2020 21:27:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 518504029 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 23 2020 22:05:53 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518446206 | + | Email/Text: fggbanko@fgny.com | Nov 23 2020 21:25:00 | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518446207 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 23 2020 21:26:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518446192 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 23 2020 22:06:37 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518446208 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 23 2020 21:25:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518553547 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2020 22:06:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518446210 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2020 22:06:10 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 518446213 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 23 2020 22:05:53 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |

Case 19-27085-MBK    Doc 88    Filed 11/25/20    Entered 11/26/20 00:20:20    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-3 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Nov 23, 2020 | Form ID: 185 | Total Noticed: 71 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518529367 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 23 2020 22:06:08 | | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518529414 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 23 2020 22:06:08 | | Portfolio Recovery Associates, LLC, c/o Orchard Bank, POB 41067, Norfolk VA 23541 |
| 518539197 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 23 2020 22:05:33 | | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518446214 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 23 2020 22:06:08 | | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 518446215 | + | Email/Text: bankruptcy@pseg.com Nov 23 2020 21:25:00 | | PSE&G Bankruptcy Department, PO Box 490, Cranford, NJ 07016-0490 |
| 518452028 | | Email/Text: bnc-quantum@quantum3group.com Nov 23 2020 21:26:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518452029 | | Email/Text: bnc-quantum@quantum3group.com Nov 23 2020 21:26:00 | | Quantum3 Group LLC as agent for, Icon Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518452044 | | Email/Text: bnc-quantum@quantum3group.com Nov 23 2020 21:26:00 | | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518459730 | + | Email/Text: bncmail@w-legal.com Nov 23 2020 21:27:00 | | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518446220 | + | Email/PDF: gecsedi@recoverycorp.com Nov 23 2020 22:05:23 | | Syncb/PLCC, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 518559131 | + | Email/PDF: gecsedi@recoverycorp.com Nov 23 2020 22:05:23 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518449168 | + | Email/PDF: gecsedi@recoverycorp.com Nov 23 2020 22:05:23 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518446221 | + | Email/PDF: gecsedi@recoverycorp.com Nov 23 2020 22:06:35 | | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518446222 | + | Email/PDF: gecsedi@recoverycorp.com Nov 23 2020 22:05:23 | | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518446223 | + | Email/PDF: gecsedi@recoverycorp.com Nov 23 2020 22:05:24 | | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 518550609 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 23 2020 22:06:49 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518487217 | *+ | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 518446179 | *+ | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 518487216 | *+ | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 518446181 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518487218 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518487219 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518487220 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 519026550 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 518446185 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |

Case 19-27085-MBK    Doc 88    Filed 11/25/20    Entered 11/26/20 00:20:20    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Nov 23, 2020 | Form ID: 185 | Total Noticed: 71 |

| | | |
|---|---|---|
| 518487223 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 518446184 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 518487221 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 518487222 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 518446187 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine & Weiner, Attn: Bankruptcy, 21210 Erwin St, Woodland Hills, CA 91367 |
| 518487224 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine & Weiner, Attn: Bankruptcy, 21210 Erwin St, Woodland Hills, CA 91367 |
| 518487225 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine & Weiner, Attn: Bankruptcy, 21210 Erwin St, Woodland Hills, CA 91367 |
| 518487232 | *P++ | CITIBANK, PO BOX 6043, SIOUX FALLS SD 57117-6043, address filed with court:, Citibank, 7920 NW 110th St, Kansas City, MO 64153 |
| 518487226 | *+ | Caliber Home Loans, In, Po Box 24610, Oklahoma City, OK 73124-0610 |
| 518487229 | *+ | Capital One, Capital One Retail Srvs, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518446190 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518487227 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518487228 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518487233 | *+ | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 518487234 | *+ | Comcast, 401 White Horse Rd Ste 2, Voorhees, NJ 08043-2600 |
| 518487235 | *+ | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518487236 | *+ | Convergent Outsourcing Inc., PO Box 9004, Renton, WA 98057-9004 |
| 518487237 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518487238 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, Bankrupcty, 1 Dell Way, Round Rock, TX 78682 |
| 518564853 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 518446226 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518487265 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518487266 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518487239 | *+ | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 518487240 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 518487241 | *+ | Discover Personal Loan, Attention: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 518487242 | *+ | Eastern Account System, PO Box 837, Newtown, CT 06470-0837 |
| 518487243 | *+ | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 518487244 | *+ | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518487245 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518487246 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518446193 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518487230 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518487231 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518487248 | *+ | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518487250 | *+ | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 518487249 | *+ | Loancare, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 519026551 | *+ | Loancare, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 518487251 | *+ | Machol & Johannes, LLC, 700 17th Street Suite 200, Denver, CO 80202-3558 |
| 518487252 | *+ | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 518487253 | *+ | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 518487254 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 518487255 | *+ | PSE&G Bankruptcy Department, PO Box 490, Cranford, NJ 07016-0490 |
| 518487256 | *+ | RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518487257 | *+ | Raymour & Flanigan, Attn: Legal Dept, 7248 Morgan Rd, Liverpool, NY 13090-4535 |
| 518446219 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 518487259 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 518487258 | *+ | Selip & Stylianou, LLP, PO Box 9004, Woodbury, NY 11797-9004 |
| 518487260 | *+ | Syncb/PLCC, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 518487261 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518487262 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| District/off: 0312-3 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Nov 23, 2020 | Form ID: 185 | Total Noticed: 71 |

| | | |
|---|---|---|
| 518487263 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 518487264 | *+ | Tenaglia & Hunt, 395 West Passaic Street Suite 205, Rochelle Park, NJ 07662-3016 |
| 518487267 | *+ | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 518487268 | *+ | Zwick & Associates, PO Box 9013, Andover, MA 01810-0913 |
| 518446183 | ##+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 0 Undeliverable, 64 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2020        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2020 at the address(es) listed below:**

**Name**            **Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Andrew L. Spivack
    on behalf of Creditor CALIBER HOME LOANS  INC. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Denise E. Carlon
    on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Douglas J. McDonough
    on behalf of Creditor MEB Loan Trust IV DMcDonough@flwlaw.com

Douglas J. McDonough
    on behalf of Creditor Bank of America  NA DMcDonough@flwlaw.com

Lee Martin Perlman
    on behalf of Debtor Temeko R. Foster ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman
    on behalf of Joint Debtor Michelle R. Foster ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Nicholas V. Rogers
    on behalf of Creditor CALIBER HOME LOANS  INC. nj.bkecf@fedphe.com

Nicholas V. Rogers
    on behalf of Creditor LOANCARE  LLC nj.bkecf@fedphe.com

Robert Davidow
    on behalf of Creditor CALIBER HOME LOANS  INC. nj.bkecf@fedphe.com

Robert Davidow
    on behalf of Creditor LOANCARE  LLC nj.bkecf@fedphe.com

Sindi Mncina
    on behalf of Creditor CALIBER HOME LOANS  INC. smncina@rascrane.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-3     User: admin     Page 6 of 6
Date Rcvd: Nov 23, 2020     Form ID: 185     Total Noticed: 71
TOTAL: 14