Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−27085−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Temeko R. Foster
dba Wow Your Ideas
400 Maple Grove Boulevard
Lumberton, NJ 08048

Michelle R. Foster
400 Maple Grove Boulevard
Lumberton, NJ 08048

Social Security No.:
xxx−xx−4312                                      xxx−xx−0661

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       2/2/21
Time:       01:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Lee Martin Perlman, Debtor's Attorney

COMMISSION OR FEES
fee: $1480.00

EXPENSES
expenses: $133.20

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 1, 2021
JAN: kmm

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-27085-MBK
Temeko R. Foster                                                                                Chapter 13
Michelle R. Foster
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5
Date Rcvd: Feb 01, 2021      Form ID: 137      Total Noticed: 71

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Temeko R. Foster, Michelle R. Foster, 400 Maple Grove Boulevard, Lumberton, NJ 08048-4618 |
| cr | + | CALIBER HOME LOANS, INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | LOANCARE, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518476354 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518446180 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518446182 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 518530184 | | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 518446186 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Attn: Bankruptcy, 21210 Erwin St, Woodland Hills, CA 91367 |
| 518446194 | ++ | CITIBANK, PO BOX 6043, SIOUX FALLS SD 57117-6043 address filed with court:, Citibank, 7920 NW 110th St, Kansas City, MO 64153 |
| 518446188 | + | Caliber Home Loans, In, Po Box 24610, Oklahoma City, OK 73124-0610 |
| 518529883 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518446195 | + | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 518446225 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518446204 | + | Eastern Account System, PO Box 837, Newtown, CT 06470-0837 |
| 518446205 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 518487247 | + | Joann Moody, 51 Pageant Lane, Willingboro, NJ 08046-2703 |
| 518565983 | + | LOANCARE, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 518446209 | + | Loancare, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 518585813 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 518585814 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, MEB Loan Trust IV 84119-3284 |
| 518446211 | + | Machol & Johannes, LLC, 700 17th Street Suite 200, Denver, CO 80202-3558 |
| 518524875 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 518446212 | + | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 518446216 | + | RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518446217 | + | Raymour & Flanigan, Attn: Legal Dept, 7248 Morgan Rd, Liverpool, NY 13090-4535 |
| 518521599 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518446218 | + | Selip & Stylianou, LLP, PO Box 9004, Woodbury, NY 11797-9004 |
| 518446220 | + | Syncb/PLCC, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 518446224 | + | Tenaglia & Hunt, 395 West Passaic Street Suite 205, Rochelle Park, NJ 07662-3016 |
| 518446227 | + | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 518518215 | | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518446228 | + | Zwick & Associates, PO Box 9013, Andover, MA 01810-0913 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Feb 02 2021 01:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 02 2021 01:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518446178 | + Email/Text: backoffice@affirm.com | Feb 02 2021 01:53:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 518446194 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 02 2021 03:52:58 | Citibank, 7920 NW 110th St, Kansas City, MO 64153 |
| 518549291 | + Email/Text: ECMBKMail@Caliberhomeloans.com | Feb 02 2021 01:53:00 | Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City OK 73134-2500 |
| 518446191 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 02 2021 03:50:45 | Capital One, Capital One Retail Srvs, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518446189 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 02 2021 03:50:45 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518446195 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 02 2021 03:50:50 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 518446196 | + Email/Text: documentfiling@lciinc.com | Feb 02 2021 01:50:00 | Comcast, 401 White Horse Rd Ste 2, Voorhees, NJ 08043-2600 |
| 518446197 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 02 2021 01:51:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518446198 | + Email/Text: convergent@ebn.phinsolutions.com | Feb 02 2021 01:52:00 | Convergent Outsourcing Inc., PO Box 9004, Renton, WA 98057-9004 |
| 518446199 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 02 2021 03:50:46 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518446200 | Email/PDF: DellBKNotifications@resurgent.com | Feb 02 2021 03:54:41 | Dell Financial Services, Bankrupcty, 1 Dell Way, Round Rock, TX 78682 |
| 518565898 | Email/Text: bnc-quantum@quantum3group.com | Feb 02 2021 01:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518446201 | + Email/Text: mrdiscen@discover.com | Feb 02 2021 01:50:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 518446202 | + Email/Text: mrdiscen@discover.com | Feb 02 2021 01:50:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 518446203 | + Email/Text: dplbk@discover.com | Feb 02 2021 01:52:00 | Discover Personal Loan, Attention: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 518509609 | + Email/Text: dplbk@discover.com | Feb 02 2021 01:52:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 518504029 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 02 2021 03:50:32 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518446206 | + Email/Text: fggbanko@fgny.com | Feb 02 2021 01:51:00 | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518446207 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 02 2021 01:51:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518446192 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 02 2021 03:50:44 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518446208 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 02 2021 01:50:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518553547 | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 19-27085-MBK    Doc 98    Filed 02/03/21    Entered 02/04/21 00:19:22    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 01, 2021 | Form ID: 137 | Total Noticed: 71 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 02 2021 03:50:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518446210 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2021 03:54:43 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 518446213 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 02 2021 03:50:32 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 518529367 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2021 03:50:50 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518529414 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2021 03:54:39 | Portfolio Recovery Associates, LLC, c/o Orchard Bank, POB 41067, Norfolk VA 23541 |
| 518539197 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2021 03:54:39 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518446214 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2021 03:54:39 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 518446215 | + | Email/Text: bankruptcy@pseg.com | Feb 02 2021 01:50:00 | PSE&G Bankruptcy Department, PO Box 490, Cranford, NJ 07016-0490 |
| 518452028 | | Email/Text: bnc-quantum@quantum3group.com | Feb 02 2021 01:51:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518452029 | | Email/Text: bnc-quantum@quantum3group.com | Feb 02 2021 01:51:00 | Quantum3 Group LLC as agent for, Icon Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518452044 | | Email/Text: bnc-quantum@quantum3group.com | Feb 02 2021 01:51:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518459730 | + | Email/Text: bncmail@w-legal.com | Feb 02 2021 01:52:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518559131 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2021 03:50:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518449168 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2021 03:50:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518446221 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2021 03:54:27 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518446222 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2021 03:52:30 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518446223 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2021 03:50:39 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 518550609 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 02 2021 03:54:47 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518487217 | *+ | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 518446179 | *+ | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 518487216 | *+ | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 518446181 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518487218 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518487219 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518487220 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box |

Case 19-27085-MBK    Doc 98    Filed 02/03/21    Entered 02/04/21 00:19:22    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 01, 2021 | Form ID: 137 | Total Noticed: 71 |

| | | |
|---|---|---|
| | | 982235, El Paso, TX 79998 |
| 519026550 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 518446185 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 518487223 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 518446184 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 518487221 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 518487222 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 518446187 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine & Weiner, Attn: Bankruptcy, 21210 Erwin St, Woodland Hills, CA 91367 |
| 518487224 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine & Weiner, Attn: Bankruptcy, 21210 Erwin St, Woodland Hills, CA 91367 |
| 518487225 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine & Weiner, Attn: Bankruptcy, 21210 Erwin St, Woodland Hills, CA 91367 |
| 518487232 | *P++ | CITIBANK, PO BOX 6043, SIOUX FALLS SD 57117-6043, address filed with court:, Citibank, 7920 NW 110th St, Kansas City, MO 64153 |
| 518487226 | *+ | Caliber Home Loans, In, Po Box 24610, Oklahoma City, OK 73124-0610 |
| 518487229 | *+ | Capital One, Capital One Retail Srvs, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518446190 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518487227 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518487228 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518487233 | *+ | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 518487234 | *+ | Comcast, 401 White Horse Rd Ste 2, Voorhees, NJ 08043-2600 |
| 518487235 | *+ | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518487236 | *+ | Convergent Outsourcing Inc., PO Box 9004, Renton, WA 98057-9004 |
| 518487237 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518487238 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, Bankrupcty, 1 Dell Way, Round Rock, TX 78682 |
| 518564853 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 518446226 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518487265 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518487266 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518487239 | *+ | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 518487240 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 518487241 | *+ | Discover Personal Loan, Attention: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 518487242 | *+ | Eastern Account System, PO Box 837, Newtown, CT 06470-0837 |
| 518487243 | *+ | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 518487244 | *+ | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518487245 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518487246 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518446193 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518487230 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518487231 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518487248 | *+ | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518487250 | *+ | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 518487249 | *+ | Loancare, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 519026551 | *+ | Loancare, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 518487251 | *+ | Machol & Johannes, LLC, 700 17th Street Suite 200, Denver, CO 80202-3558 |
| 518487252 | *+ | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 518487253 | *+ | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 518487254 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 518487255 | *+ | PSE&G Bankruptcy Department, PO Box 490, Cranford, NJ 07016-0490 |
| 518487256 | *+ | RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518487257 | *+ | Raymour & Flanigan, Attn: Legal Dept, 7248 Morgan Rd, Liverpool, NY 13090-4535 |
| 518446219 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 518487259 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, |

|  |  |  |
|---|---|---|
|  |  | address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 518487258 | *+ | Selip & Stylianou, LLP, PO Box 9004, Woodbury, NY 11797-9004 |
| 518487260 | *+ | Syncb/PLCC, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 518487261 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518487262 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518487263 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 518487264 | *+ | Tenaglia & Hunt, 395 West Passaic Street Suite 205, Rochelle Park, NJ 07662-3016 |
| 518487267 | *+ | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 518487268 | *+ | Zwick & Associates, PO Box 9013, Andover, MA 01810-0913 |
| 518446183 | ##+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 0 Undeliverable, 64 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 03, 2021           Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor MEB Loan Trust IV DMcDonough@flwlaw.com |
| Douglas J. McDonough | on behalf of Creditor Bank of America  NA DMcDonough@flwlaw.com |
| Lee Martin Perlman | on behalf of Debtor Temeko R. Foster ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Joint Debtor Michelle R. Foster ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Nicholas V. Rogers | on behalf of Creditor CALIBER HOME LOANS  INC. nj.bkecf@fedphe.com |
| Nicholas V. Rogers | on behalf of Creditor LOANCARE  LLC nj.bkecf@fedphe.com |
| Sindi Mncina | on behalf of Creditor CALIBER HOME LOANS  INC. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11