| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-27085 / MBK**

Temeko R. Foster
Michelle R. Foster

Petition Filed Date: 09/05/2019
341 Hearing Date: 10/03/2019
Confirmation Date: 05/05/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2020 | $2,140.00 | 65199750 | 02/28/2020 | $2,140.00 | 65949760 | 03/30/2020 | $2,025.00 | 66723670 |
| 04/30/2020 | $2,025.00 | 67519130 | 06/01/2020 | $2,395.00 | 68304740 | 06/30/2020 | $2,395.00 | 69032240 |
| 08/03/2020 | $2,395.00 | 69757970 | 08/31/2020 | $2,395.00 | 70477660 | 09/23/2020 | $2,395.00 | 71047410 |
| 10/20/2020 | $2,395.00 | 71707460 | 11/30/2020 | $2,395.00 | 72621220 | 01/04/2021 | $2,395.00 | 73440560 |
| 02/23/2021 | $600.00 | 74669210 | | | | | | |

**Total Receipts for the Period: $28,090.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $34,510.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Temeko R. Foster | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | LEE M PERLMAN, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,315.00 | $3,315.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  SYNCHRONY/CARE CREDIT | Unsecured Creditors | $2,023.65 | $0.00 | $2,023.65 |
| 2 | ICON EQUITIES LLC<br>»»  CITI DIAMOND/QUANTUM | Unsecured Creditors | $6,641.93 | $0.00 | $6,641.93 |
| 3 | ICON EQUITIES LLC<br>»»  COMENITY/LOFT MASTERCARD/QUANTUM | Unsecured Creditors | $8,961.88 | $0.00 | $8,961.88 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  CITIBANK/AT&T UNIVERSAL REWARDS | Unsecured Creditors | $8,775.34 | $0.00 | $8,775.34 |
| 5 | SYNCHRONY BANK<br>»»  PAYPAL CREDIT | Unsecured Creditors | $3,262.44 | $0.00 | $3,262.44 |
| 6 | AMERICAN EXPRESS | Unsecured Creditors | $3,698.09 | $0.00 | $3,698.09 |
| 7 | INTERNAL REVENUE SERVICE<br>»»  2015,2018 | Priority Crediors | $4,675.36 | $0.00 | $4,675.36 |
| 8 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $1,000.33 | $0.00 | $1,000.33 |
| 9 | FAIR SQUARE FINANCIAL, LLC. | Unsecured Creditors | $748.62 | $0.00 | $748.62 |
| 10 | DISCOVER PERSONAL LOANS | Unsecured Creditors | $22,133.28 | $0.00 | $22,133.28 |
| 11 | Wells Fargo Bank, NA<br>»»  POWER HOME/IN FULL | Secured Creditors | $19,731.63 | $15,808.46 | $3,923.17 |
| 12 | Wells Fargo Bank, NA<br>»»  POWER HOME | Unsecured Creditors | $7,433.95 | $0.00 | $7,433.95 |
| 13 | NJ DIVISION OF TAXATION<br>»»  2018 EST | Priority Crediors | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» DEF BAL/2013 NISSAN ALTIMA | Unsecured Creditors | $2,720.08 | $0.00 | $2,720.08 |
| 15 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» DUP OF 12-1/WD 10/23/2019 | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE BANK | Unsecured Creditors | $6,382.21 | $0.00 | $6,382.21 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» ORCHARD BANK/CAPITAL ONE | Unsecured Creditors | $1,705.28 | $0.00 | $1,705.28 |
| 18 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $146.07 | $0.00 | $146.07 |
| 19 | MEB LOAN TRUST<br>»» NP/51 PAGEANT LN/2ND MTG/BOA/SV 9/30/20 | Mortgage Arrears<br>No Disbursements: Surrendered | $3,829.93 | $3,829.93 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/HOME DEPOT/LIEN VOIDED | Unsecured Creditors | $3,916.56 | $0.00 | $3,916.56 |
| 21 | CALIBER HOME LOANS, INC.<br>»» P/400 MAPLE GROVE BLVD/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 22 | Verizon by American InfoSource as Agent | Unsecured Creditors | $741.83 | $0.00 | $741.83 |
| 23 | Verizon by American InfoSource as Agent | Unsecured Creditors | $53.04 | $0.00 | $53.04 |
| 24 | Wells Fargo Bank, NA | Unsecured Creditors | $4,850.18 | $0.00 | $4,850.18 |
| 25 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $1,077.50 | $0.00 | $1,077.50 |
| 26 | SYNCHRONY BANK<br>»» LOWE'S CC | Unsecured Creditors | $159.46 | $0.00 | $159.46 |
| 27 | LVNV FUNDING LLC<br>»» CAPITAL ONE | Unsecured Creditors | $614.07 | $0.00 | $614.07 |
| 28 | DELL FINANCIAL SERVICES, LP | Unsecured Creditors | $4,865.76 | $0.00 | $4,865.76 |
| 29 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S | Unsecured Creditors | $1,429.89 | $0.00 | $1,429.89 |
| 30 | Loancare, LLC<br>»» NP/51 PAGEANT LN/1ST MTG/SV 7/23/20 | Mortgage Arrears<br>No Disbursements: Surrendered | $5,896.52 | $5,896.52 | $0.00 |
| 31 | Bk Of Amer<br>»» JUDGMENT DC-007417-16/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | ---- | | $0.00 | $0.00 | $0.00 |
| 33 | Discover<br>»» JUDGMENT DC-000892-16/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | JOANN MOODY<br>»» RESIDENTIAL LEASE | Secured Creditors<br>No Disbursements: Lease Rejected | $0.00 | $0.00 | $0.00 |
| 0 | LEE M PERLMAN, ESQ<br>»» ORDER 2/2/21 | Attorney Fees | $1,613.20 | $0.00 | $1,613.20 |

**Chapter 13 Case No. 19-27085 / MBK**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $34,510.00 | Plan Balance: | $27,592.00 ** |
| Paid to Claims: | $28,849.91 | Current Monthly Payment: | $600.00 |
| Paid to Trustee: | $2,847.79 | Arrearages: | $0.00 |
| Funds on Hand: | $2,812.30 | Total Plan Base: | $62,102.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**