UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1040 N. Kings Highway, Suite 407
Cherry Hill, New Jersey 08034
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for: Caliber Home Loans, Inc.

In Re:

Temeko R. Foster
dba Wow Your Ideas

Michelle R. Foster

    Debtor

Case Number: 19-27085-MBK

Chapter: 13

Judge: Michael B. Kaplan

## NOTICE OF MORTGAGE FORBEARANCE

The undersigned is the Attorney for Creditor Caliber Home Loans, Inc. c/o Caliber Home Loans, Inc. in this matter. On or about **August 26, 2021**, the Creditor was advised that the Debtor(s)' mortgage loan ending in 4778 ("subject mortgage loan"), secured by real property described as 400 Maple Grove Boulevard, Lumberton, NJ 08048, has been impacted by COVID-19. Pursuant to State and/or Federal guidelines, a forbearance has been offered, the terms of which are as follows:

1. The parties agree to a forbearance period of **91 days** and have elected to not tender mortgage payments to Creditor that would come due on the subject mortgage loan starting **09/01/2021** through **11/30/2021**.

2. Debtor(s) will resume mortgage payments beginning **12/01/2021** and will be required to cure the delinquency created by the forbearance period ("forbearance arrears").

3. The payment amount currently is **$3,128.08**.

4. The Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period or any payments that were due and owing prior to the forbearance period. Creditor does not waive its rights under the terms of the note and mortgage or under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect on any post-petition escrow shortage.

5. The Creditor does not waive its rights to seek relief from the automatic stay for reasons other than non-payment of the mortgage, including, but not limited to, a lapse in insurance coverage or payment of property taxes.

6. The Debtor(s) do not waive any rights upon expiration of the forbearance period. Prior to the expiration of the forbearance period, however, the Debtor(s) must take the following affirmative steps to address the status of the subject mortgage loan including, but not limited to: (a) bringing the account post-petition current; (b) requesting extension of the forbearance period; (c) applying for loss mitigation; and/or (d) amending the Chapter 13 Plan.

7. Any objection to this Notice must be filed and served not later than 14 days after the filing of the Notice. The Court may conduct a hearing on the objection.

**This Notice is intended to disclose a temporary forbearance of the Debtor(s)' obligation to remit post-petition payments for the forbearance period. Nothing within this Notice should be construed to alter any rights, duties, or deadlines that are not related to the remittance of post-petition mortgage payments.**

Date: September 1, 2021                     /s/ Steven Kelly
                                            Signatures

*new. 5/2020*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Stern & Eisenberg, PC<br>1040 N. Kings Highway, Suite 407<br>Cherry Hill, New Jersey 08034<br>Telephone: (609) 397-9200<br>Facsimile: (856) 667-1456<br>Attorneys for: Caliber Home Loans, Inc. | |
| In Re:<br><br>Temeko R. Foster<br>dba Wow Your Ideas<br><br>Michelle R. Foster<br><br>      Debtor | Case Number: 19-27085-MBK<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan |

## CERTIFICATE OF SERVICE

I certify that on September 1, 2021, I caused to be served a true and correct copy of the above Notice of Temporary Forbearance upon registered recipients via the Court's ECF system. In the event the debtors is/are pro se, a paper copy of the Notice is being mailed to the debtors' address on file with the Court.

By: /s/Steven Kelly
Steven Kelly
Bar No. 010032010
Stern & Eisenberg, PC
1040 N. Kings Highway
Suite 407
Cherry Hill, NJ 08034
Phone: (609) 397-9200
Fax: (856) 667-1456
skelly@sterneisenberg.com
Counsel for Creditor

Service List:

| Name and Address of Party(ies) Served | Relationship of Party(ies) to the Case | Mode of Service |
|---|---|---|
| Karen E. Bezner, Esquire<br>567 Park Avenue, Suite 103<br>Scotch Plains, NJ 07076 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☒ Notice of Electronic Filing (NEF)<br><span style="font-size:small">Unless not a participant in ECF</span><br>☐ Other:_____<br>(as authorized by the Court*) |
| Lee M. Perlman, Esquire<br>1926 Greentree Road<br>Suite 100<br>Cherry Hill, NJ 08003 | Debtor Counsel | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☒ Notice of Electronic Filing (NEF)<br><span style="font-size:small">Unless not a participant in ECF</span><br>☐ Other:_____<br>(as authorized by the Court*) |
| Temeko R. Foster<br>dba Wow Your Ideas<br>400 Maple Grove Boulevard<br>Lumberton, NJ 08048<br><br>Michelle R. Foster<br>400 Maple Grove Boulevard<br>Lumberton, NJ 08048 | Debtors | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br><span style="font-size:small">Unless not a participant in ECF</span><br>☐ Other:_____<br>(as authorized by the Court*) |
| U.S. Trustee U.S. Trustee US Dept of Justice , Esquire<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☒ Notice of Electronic Filing (NEF)<br><span style="font-size:small">Unless not a participant in ECF</span><br>☐ Other:_____<br>(as authorized by the Court*) |