UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICE OF LEE M. PERLMAN
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
(856) 751-4224

In RE:

Temeko & Michelle Foster

Case No.: 19-27085-MBK

Judge: Kaplan

Chapter 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor(s) in this case opposes the following (choose one):

1. [X]  Motion for Relief from the Automatic Stay filed by  Caliber Home Loans
   _____, creditor,
   A hearing has been scheduled for  4/13/2022 , at  9:00am .

   _____  Motion to Dismiss filed by the Chapter 13 Trustee.
   A hearing has been scheduled for _____, at _____.

   _____  Certification of Default filed by _____.
   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one)

   _____  Payments have been made in the amount of $_____, but have not been accounted for.  Documentation in support is attached.

   _____  Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

   __X__  Other (explain your answer):
   We are in the process of obtaining a loan modification. Caliber has informed us that due to the high volume of customers requesting loan modifications, it is taking longer to receive an offer letter. One will be provided once it is received.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 3/24/2022

/s/ Temeko Foster
Debtor's Signature

Date: 3/24/2022

/s/ Michelle Foster
Debtor's Signature

NOTES:
1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.