UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

22-03616 BKMFR01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Caliber Home Loans, Inc.

In Re:

TEMEKO R FOSTER
MICHELLE R FOSTER

**Order Filed on May 12, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No: 19-27085-MBK

Hearing Date: April 13, 2022

Judge: MICHAEL B. KAPLAN

Chapter: 13

Recommended Local Form:  ☐ Followed   ☒ Modified

**ORDER VACATING STAY**

\_\_\_   The relief set forth on the following page is hereby **ORDERED**.

DATED: May 12, 2022

Honorable Michael B. Kaplan
United States Bankruptcy Judge

22-03616 BKMFR01

Upon the motion of Caliber Home Loans, Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated, terminated and/or annulled to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

    400 Maple Grove Blvd, Lumberton, NJ 08048

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the Debtors, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

22-03616 BKMFR01

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-27085-MBK
Temeko R. Foster  Chapter 13
Michelle R. Foster
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: May 12, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2022:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Temeko R. Foster, Michelle R. Foster, 400 Maple Grove Boulevard, Lumberton, NJ 08048-4618

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2022      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2022 at the address(es) listed below:

**Name**     **Email Address**

Albert Russo
     docs@russotrustee.com

Albert Russo
     on behalf of Trustee Albert Russo docs@russotrustee.com

Denise E. Carlon
     on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Douglas J. McDonough
     on behalf of Creditor Bank of America NA DMcDonough@flwlaw.com

Douglas J. McDonough
     on behalf of Creditor MEB Loan Trust IV DMcDonough@flwlaw.com

Lee Martin Perlman
     on behalf of Joint Debtor Michelle R. Foster ecf@newjerseybankruptcy.com

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 12, 2022 | Form ID: pdf903 | Total Noticed: 1 |

mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Lee Martin Perlman
   on behalf of Debtor Temeko R. Foster ecf@newjerseybankruptcy.com
   mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Matthew K. Fissel
   on behalf of Creditor CALIBER HOME LOANS INC. wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Nicholas V. Rogers
   on behalf of Creditor LOANCARE LLC nj.bkecf@fedphe.com

Nicholas V. Rogers
   on behalf of Creditor CALIBER HOME LOANS INC. nj.bkecf@fedphe.com

Sindi Mncina
   on behalf of Creditor CALIBER HOME LOANS INC. smncina@raslg.com

Steven P. Kelly
   on behalf of Creditor CALIBER HOME LOANS INC. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13