**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**IN THE MATTER OF:**
Temeko R. Foster and Michelle R. Foster         Bankruptcy No. 19-27085

Chapter 13

              Debtor(s)
_____/

**WITHDRAWAL OF Document 39**
**FILED ON 1/3/2020**

NOW COMES Icon Equities LLC, C/O Absolute Resolutions Corporation, and hereby withdraws its Change of Address for Claim #3 Filed on 1/3/2020.

Respectfully submitted,

By:    /S/  Ashley Lynn Gjorgjeski
Ashley Lynn Gjorgjeski
Agents for Creditor,
Icon Equities LLC
8000 Norman Center Drive, Suite 350
Bloomington, MN 55437

Dated: 8/8/2022