# UNITED STATES BANKRUPTCY COURT
## FOR THE Main District of NEW JERSEY

IN RE:

TEMEKO R FOSTER
MICHELLE R FOSTER

§
§ CASE NO.
§ 19-27085-MBK
§ Chapter 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| NewRez LLC d/b/a Shellpoint Mortgage Servicing | Caliber Home Loans, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675

Phone: (800)365-7107
Last Four Digits of Acct #: 4778

Court Claim # (if known): 19
Amount of Claim: $ 399880.54
Date Claim Filed: 11/01/2019

Phone: (800) 643-0202
Last Four Digits of Acct.#: 4778

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Larry Yip          Date: 12/13/2022

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE Main District of NEW JERSEY**

| | |
|---|---|
| IN RE: § | CASE NO. |
| § | 19-27085-MBK |
| **TEMEKO R FOSTER** § | |
| **MICHELLE R FOSTER** § | Chapter 13 |

**CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 12/13/2022 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*

TEMEKO R FOSTER
400 Maple Grove Blvd
Lumberton, NJ 08048-4618

MICHELLE R FOSTER
400 Maple Grove Blvd
Lumberton, NJ 08048-4618

**Debtors' Attorney**
LEE MARTIN PERLMAN
LEE M. PERLMAN
1926 Greentree Rd Ste 100
Cherry Hill, NJ 08003-1100

**Chapter 13 Trustee**
ALBERT RUSSO
CN 4853
TRENTON, NJ 08650-4853

Respectfully Submitted,

/s/ Rory Liebhart
Rory Liebhart