| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 19-27085 / MBK**

Temeko R. Foster
Michelle R. Foster

Petition Filed Date: 09/05/2019
341 Hearing Date: 10/03/2019
Confirmation Date: 05/05/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/26/2022 | $641.00 | 82336430 | 02/28/2022 | $641.00 | 83054140 | 03/28/2022 | $641.00 | 83658490 |
| 04/29/2022 | $641.00 | 84306600 | 06/02/2022 | $641.00 | 85048710 | 07/01/2022 | $641.00 | 85590270 |
| 07/29/2022 | $641.00 | 86142200 | 08/31/2022 | $641.00 | 86774210 | 10/04/2022 | $641.00 | 87385490 |
| 11/01/2022 | $641.00 | 87986930 | 12/01/2022 | $641.00 | 88542730 | 01/04/2023 | $641.00 | 89136850 |
| 02/01/2023 | $641.00 | 89703940 | 03/01/2023 | $641.00 | 90245530 | | | |

**Total Receipts for the Period: $8,974.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $49,894.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Temeko R. Foster | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Lee M. Perlman, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,315.00 | $3,315.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY/CARE CREDIT | Unsecured Creditors | $2,023.65 | $134.35 | $1,889.30 |
| 2 | ICON EQUITIES LLC<br>»» CITI DIAMOND/QUANTUM | Unsecured Creditors | $6,641.93 | $440.95 | $6,200.98 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» COMENITY/LOFT MASTERCARD | Unsecured Creditors | $8,961.88 | $594.97 | $8,366.91 |
| 4 | ICON EQUITIES LLC<br>»» CITIBANK/AT&T UNIVERSAL REWARDS/QUANTUM | Unsecured Creditors | $8,775.34 | $582.59 | $8,192.75 |
| 5 | SYNCHRONY BANK<br>»» PAYPAL CREDIT | Unsecured Creditors | $3,262.44 | $216.59 | $3,045.85 |
| 6 | AMERICAN EXPRESS | Unsecured Creditors | $3,698.09 | $245.51 | $3,452.58 |
| 7 | INTERNAL REVENUE SERVICE<br>»» 2015,2018 | Priority Crediors | $4,675.36 | $4,675.36 | $0.00 |
| 8 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $1,000.33 | $66.41 | $933.92 |
| 9 | FAIR SQUARE FINANCIAL, LLC. | Unsecured Creditors | $748.62 | $35.39 | $713.23 |
| 10 | DISCOVER PERSONAL LOANS | Unsecured Creditors | $22,133.28 | $1,469.41 | $20,663.87 |
| 11 | Wells Fargo Bank, NA<br>»» POWER HOME/IN FULL | Secured Creditors | $19,731.63 | $19,731.63 | $0.00 |
| 12 | Wells Fargo Bank, NA<br>»» POWER HOME | Unsecured Creditors | $7,433.95 | $493.53 | $6,940.42 |

| # | Creditor | Type | | | |
|---|---|---|---:|---:|---:|
| 13 | NJ DIVISION OF TAXATION<br>»» 2018 EST | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 14 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» DEF BAL/2013 NISSAN ALTIMA | Unsecured Creditors | $2,720.08 | $180.57 | $2,539.51 |
| 15 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» DUP OF 12-1/WD 10/23/2019 | Unsecured Creditors<br>No Disbursements: Withdrawn | $0.00 | $0.00 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE BANK | Unsecured Creditors | $6,382.21 | $423.72 | $5,958.49 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» ORCHARD BANK/CAPITAL ONE | Unsecured Creditors | $1,705.28 | $113.21 | $1,592.07 |
| 18 | CAPITAL ONE, NA<br>»» KOHL'S | Unsecured Creditors | $146.07 | $0.00 | $146.07 |
| 19 | MEB LOAN TRUST<br>»» NP/51 PAGEANT LN/2ND MTG/BOA/SV 9/30/20 | Mortgage Arrears<br>No Disbursements: Surrendered | $3,829.93 | $3,829.93 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/HOME DEPOT/LIEN VOIDED | Unsecured Creditors | $3,916.56 | $260.01 | $3,656.55 |
| 21 | New Rez LLC DBA Shellpont Mortgage Serv<br>»» P/400 MAPLE GROVE BLVD/1ST MTG/SV 5/12/22/CALIBER | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 22 | Verizon by American InfoSource as Agent | Unsecured Creditors | $741.83 | $35.07 | $706.76 |
| 23 | Verizon by American InfoSource as Agent | Unsecured Creditors | $53.04 | $0.00 | $53.04 |
| 24 | Wells Fargo Bank, NA | Unsecured Creditors | $4,850.18 | $322.00 | $4,528.18 |
| 25 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $1,077.50 | $71.54 | $1,005.96 |
| 26 | SYNCHRONY BANK<br>»» LOWE'S CC | Unsecured Creditors | $159.46 | $0.00 | $159.46 |
| 27 | LVNV FUNDING LLC<br>»» CAPITAL ONE | Unsecured Creditors | $614.07 | $32.94 | $581.13 |
| 28 | DELL FINANCIAL SERVICES, LP | Unsecured Creditors | $4,865.76 | $323.04 | $4,542.72 |
| 29 | DEPARTMENT STORE NATIONAL BANK<br>»» MACY'S | Unsecured Creditors | $1,429.89 | $94.93 | $1,334.96 |
| 30 | Loancare, LLC<br>»» NP/51 PAGEANT LN/1ST MTG/SV 7/23/20 | Mortgage Arrears<br>No Disbursements: Surrendered | $5,896.52 | $5,896.52 | $0.00 |
| 31 | Bk Of Amer<br>»» JUDGMENT DC-007417-16/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | ---- | | $0.00 | $0.00 | $0.00 |
| 33 | Discover<br>»» JUDGMENT DC-000892-16/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | JOANN MOODY<br>»» RESIDENTIAL LEASE | Secured Creditors<br>No Disbursements: Lease Rejected | $0.00 | $0.00 | $0.00 |
| 0 | Lee M. Perlman, Esq.<br>»» ORDER 2/2/21 | Attorney Fees | $1,613.20 | $1,613.20 | $0.00 |

**Chapter 13 Case No. 19-27085 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $49,894.00 | Plan Balance: | $12,208.00 ** |
| Paid to Claims: | $45,198.37 | Current Monthly Payment: | $641.00 |
| Paid to Trustee: | $4,040.64 | Arrearages: | $641.00 |
| Funds on Hand: | $654.99 | Total Plan Base: | $62,102.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**