**Form 210B (12/09, as revised 1/4/17)**

# United States Bankruptcy Court

## District Of New Jersey

In re Temeko and Michelle Foster , Case No. 19-27085

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 8 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on October 11, 2024 .

Fair Square Financial LLC
Name of Alleged Transferor

Address of Alleged Transferor:
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Resurgent Receivables LLC
Name of Transferee

Address of Transferee:
Resurgent Receivables LLC
PO Box 10587
Greenville SC 29603

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: October 15, 2024

Jeanne A. Naughton
**CLERK OF THE COURT**