**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Temeko R. Foster<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4312<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Michelle R. Foster<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0661<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   19–27085–MEH

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Temeko R. Foster
dba Wow Your Ideas

Michelle R. Foster

12/27/24

**By the court:** Mark Edward Hall
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                       Case No. 19-27085-MEH
Temeko R. Foster                                  Chapter 13
Michelle R. Foster
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                         User: admin                         Page 1 of 7
Date Rcvd: Dec 27, 2024                  Form ID: 3180W                 Total Noticed: 78

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Temeko R. Foster, Michelle R. Foster, 400 Maple Grove Boulevard, Lumberton, NJ 08048-4618 |
| cr | + | CALIBER HOME LOANS, INC., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | LOANCARE, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518446186 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Attn: Bankruptcy, 21210 Erwin St, Woodland Hills, CA 91367 |
| 518446205 | + | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 518446217 | + | Raymour & Flanigan, Attn: Legal Dept, 7248 Morgan Rd, Liverpool, NY 13090-4535 |
| 518446219 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 27 2024 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 27 2024 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518446178 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 27 2024 20:47:40 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 518476354 | | Email/PDF: bncnotices@becket-lee.com | Dec 27 2024 20:48:20 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518446180 | + | Email/PDF: bncnotices@becket-lee.com | Dec 27 2024 20:48:23 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518446182 | | EDI: BANKAMER | Dec 28 2024 01:23:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 518446183 | + | EDI: BANKAMER | Dec 28 2024 01:23:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 518530184 | | EDI: BANKAMER | Dec 28 2024 01:23:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 518446185 | + | EDI: BANKAMER | Dec 28 2024 01:23:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 518446194 | | EDI: CITICORP | Dec 28 2024 01:23:00 | Citibank, 7920 NW 110th St, Kansas City, MO 64153 |

Case 19-27085-MEH  Doc 129  Filed 12/29/24  Entered 12/30/24 00:15:02  Desc
Imaged Certificate of Notice   Page 4 of 9

| District/off: 0312-3 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: 3180W | Total Noticed: 78 |

| | | | | |
|---|---|---|---|---|
| 518446188 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Dec 27 2024 20:40:00 | Caliber Home Loans, In, Po Box 24610, Oklahoma City, OK 73124-0610 |
| 518549291 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Dec 27 2024 20:40:00 | Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City OK 73134-2500 |
| 518446191 | + | EDI: CAPITALONE.COM | Dec 28 2024 01:23:00 | Capital One, Capital One Retail Srvs, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518446189 | + | EDI: CAPITALONE.COM | Dec 28 2024 01:23:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518529883 | | Email/PDF: bncnotices@becket-lee.com | Dec 27 2024 21:00:03 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518446195 | + | EDI: CITICORP | Dec 28 2024 01:23:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 518446196 | + | EDI: COMCASTCBLCENT | Dec 28 2024 01:23:00 | Comcast, 401 White Horse Rd Ste 2, Voorhees, NJ 08043-2600 |
| 518446197 | + | EDI: WFNNB.COM | Dec 28 2024 01:23:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518446198 | + | EDI: CONVERGENT.COM | Dec 28 2024 01:23:00 | Convergent Outsourcing Inc., PO Box 9004, Renton, WA 98057-9004 |
| 518446199 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 27 2024 20:48:15 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518446200 | | Email/PDF: DellBKNotifications@resurgent.com | Dec 27 2024 20:47:54 | Dell Financial Services, Bankrupcty, 1 Dell Way, Round Rock, TX 78682 |
| 518564853 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2024 20:47:46 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 518446225 | | EDI: CITICORP | Dec 28 2024 01:23:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518565898 | | EDI: Q3G.COM | Dec 28 2024 01:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518446201 | + | EDI: DISCOVER | Dec 28 2024 01:23:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 518446202 | + | EDI: DISCOVER | Dec 28 2024 01:23:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 518446203 | + | EDI: DISCOVERPL | Dec 28 2024 01:23:00 | Discover Personal Loan, Attention: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 518509609 | + | EDI: DISCOVERPL | Dec 28 2024 01:23:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 518446204 | ^ | MEBN | Dec 27 2024 20:33:10 | Eastern Account System, PO Box 837, Newtown, CT 06470-0837 |
| 518504029 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 27 2024 20:47:35 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518452029 | + | Email/Text: Bankruptcy@absoluteresolutions.com | Dec 27 2024 20:37:00 | Icon Equities LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437-1118 |
| 518446207 | | EDI: IRS.COM | Dec 28 2024 01:23:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518446192 | | EDI: JPMORGANCHASE | Dec 28 2024 01:23:00 | Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518446208 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

|  |  |  | Dec 27 2024 20:37:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
|---|---|---|---|---|
| 518565983 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 27 2024 20:38:00 | LOANCARE, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 518553547 |  | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2024 20:47:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518446210 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2024 20:49:23 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 518446209 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 27 2024 20:38:00 | Loancare, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 518585814 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 27 2024 20:40:00 | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, MEB Loan Trust IV, 84119-3284 |
| 518585813 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 27 2024 20:40:00 | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 518446211 | ^ | MEBN | Dec 27 2024 20:33:08 | Machol & Johannes, LLC, 700 17th Street Suite 200, Denver, CO 80202-3558 |
| 519790590 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 27 2024 20:38:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519790591 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 27 2024 20:38:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC, d/b/a Shellpoint Mortgage Servicing 29603-0826 |
| 518524875 |  | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 27 2024 20:38:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 518446212 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 27 2024 20:38:00 | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 518446213 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 27 2024 20:47:57 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 518446214 |  | EDI: PRA.COM | Dec 28 2024 01:23:00 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 518529367 |  | EDI: PRA.COM | Dec 28 2024 01:23:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518529414 |  | EDI: PRA.COM | Dec 28 2024 01:23:00 | Portfolio Recovery Associates, LLC, c/o Orchard Bank, POB 41067, Norfolk VA 23541 |
| 518539197 |  | EDI: PRA.COM | Dec 28 2024 01:23:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518446215 | + | Email/Text: bankruptcy@pseg.com | Dec 27 2024 20:37:00 | PSE&G Bankruptcy Department, PO Box 490, Cranford, NJ 07016-0490 |
| 518452028 |  | EDI: Q3G.COM | Dec 28 2024 01:23:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518452044 |  | EDI: Q3G.COM | Dec 28 2024 01:23:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518446216 | + | Email/Text: RASEBN@raslg.com | Dec 27 2024 20:38:00 | RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 520035822 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2024 20:49:28 | Resurgent Receivables LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587, Resurgent Receivables LLC 29603-0587 |

Case 19-27085-MEH    Doc 129    Filed 12/29/24    Entered 12/30/24 00:15:02    Desc
Imaged Certificate of Notice    Page 6 of 9

| District/off: 0312-3 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: 3180W | Total Noticed: 78 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 520420751 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2024 20:49:07 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603, Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520420750 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2024 20:47:41 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520035821 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2024 20:48:21 | Resurgent Receivables LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC, 29603-0587 |
| 518446218 | | Email/Text: EBN@seliplaw.com | Dec 27 2024 20:38:00 | Selip & Stylianou, LLP, PO Box 9004, Woodbury, NY 11797 |
| 518521599 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 27 2024 20:38:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518459730 | + | Email/Text: bncmail@w-legal.com | Dec 27 2024 20:39:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518446220 | + | EDI: SYNC | Dec 28 2024 01:23:00 | Syncb/PLCC, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 518559131 | + | EDI: AISACG.COM | Dec 28 2024 01:23:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518446221 | + | EDI: SYNC | Dec 28 2024 01:23:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518446222 | + | EDI: SYNC | Dec 28 2024 01:23:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518446223 | + | EDI: SYNC | Dec 28 2024 01:23:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 518446224 | + | Email/Text: ClericalSupport@tenagliahunt.com | Dec 27 2024 20:38:00 | Tenaglia & Hunt, 395 West Passaic Street Suite 205, Rochelle Park, NJ 07662-3016 |
| 518550609 | + | EDI: AIS.COM | Dec 28 2024 01:23:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518446227 | + | EDI: WFFC2 | Dec 28 2024 01:23:00 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 518518215 | | EDI: WFFC2 | Dec 28 2024 01:23:00 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518446228 | + | Email/Text: bkfilings@zwickerpc.com | Dec 27 2024 20:40:00 | Zwick & Associates, PO Box 9013, Andover, MA 01810-0913 |

TOTAL: 71

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518487217 | *+ | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 518446179 | *+ | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 518487216 | *+ | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 518446181 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518487218 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518487219 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518487220 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 519026550 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 518446184 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 518487221 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |

Case 19-27085-MEH   Doc 129   Filed 12/29/24   Entered 12/30/24 00:15:02   Desc
Imaged Certificate of Notice   Page 7 of 9

| District/off: 0312-3 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: 3180W | Total Noticed: 78 |

| | | |
|---|---|---|
| 518487222 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 518487223 | *+ | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 518446187 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine & Weiner, Attn: Bankruptcy, 21210 Erwin St, Woodland Hills, CA 91367 |
| 518487224 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine & Weiner, Attn: Bankruptcy, 21210 Erwin St, Woodland Hills, CA 91367 |
| 518487225 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine & Weiner, Attn: Bankruptcy, 21210 Erwin St, Woodland Hills, CA 91367 |
| 518487232 | *P++ | CITIBANK, PO BOX 6043, SIOUX FALLS SD 57117-6043, address filed with court:, Citibank, 7920 NW 110th St, Kansas City, MO 64153 |
| 518487226 | *+ | Caliber Home Loans, In, Po Box 24610, Oklahoma City, OK 73124-0610 |
| 518487229 | *+ | Capital One, Capital One Retail Srvs, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518446190 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518487227 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518487228 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518487233 | *+ | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 518487234 | *+ | Comcast, 401 White Horse Rd Ste 2, Voorhees, NJ 08043-2600 |
| 518487235 | *+ | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518487236 | *+ | Convergent Outsourcing Inc., PO Box 9004, Renton, WA 98057-9004 |
| 518487237 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518487238 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, Bankrupcty, 1 Dell Way, Round Rock, TX 78682 |
| 518446226 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518487265 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518487266 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518487239 | *+ | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 518487240 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 518487241 | *+ | Discover Personal Loan, Attention: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 518487242 | *+ | Eastern Account System, PO Box 837, Newtown, CT 06470-0837 |
| 518487243 | *+ | Fed Loan Serv, Po Box 60610, Harrisburg, PA 17106-0610 |
| 518487244 | *+ | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518487245 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518487246 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518446193 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518487230 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518487231 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518487248 | *+ | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518487250 | *+ | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 518487249 | *+ | Loancare, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 519026551 | *+ | Loancare, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 518487251 | *+ | Machol & Johannes, LLC, 700 17th Street Suite 200, Denver, CO 80202-3558 |
| 520029644 | *+ | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520029645 | *+ | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC, d/b/a Shellpoint Mortgage Servicing 29603-0826 |
| 518487252 | *+ | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 518487253 | *+ | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 518487254 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 518487255 | *+ | PSE&G Bankruptcy Department, PO Box 490, Cranford, NJ 07016-0490 |
| 518487256 | *+ | RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518487257 | *+ | Raymour & Flanigan, Attn: Legal Dept, 7248 Morgan Rd, Liverpool, NY 13090-4535 |
| 518487258 | *P++ | SELIP AND STYLIANOU LLP, PO BOX 9004, WOODBURY NY 11797-9004, address filed with court:, Selip & Stylianou, LLP, PO Box 9004, Woodbury, NY 11797 |
| 518487259 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 518487260 | *+ | Syncb/PLCC, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 518487261 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518487262 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518487263 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 518487264 | *+ | Tenaglia & Hunt, 395 West Passaic Street Suite 205, Rochelle Park, NJ 07662-3016 |

| District/off: 0312-3 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: 3180W | Total Noticed: 78 |

| 518487267 | *+ | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 518487268 | *+ | Zwick & Associates, PO Box 9013, Andover, MA 01810-0913 |
| 518446206 | ##+ | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518487247 | ##+ | Joann Moody, 51 Pageant Lane, Willingboro, NJ 08046-2703 |

TOTAL: 0 Undeliverable, 63 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2024             Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MEB Loan Trust IV dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor MEB Loan Trust IV dmcdonough@flwlaw.com NJbkyecf@flwlaw.com |
| Douglas J. McDonough | on behalf of Creditor Bank of America NA dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Lee Martin Perlman | on behalf of Debtor Temeko R. Foster ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Joint Debtor Michelle R. Foster ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor CALIBER HOME LOANS INC. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Nicholas V. Rogers | on behalf of Creditor CALIBER HOME LOANS INC. nj.bkecf@fedphe.com |
| Nicholas V. Rogers | on behalf of Creditor LOANCARE LLC nj.bkecf@fedphe.com |
| Sindi Mncina | on behalf of Creditor CALIBER HOME LOANS INC. smncina@raslg.com |
| Steven P. Kelly | on behalf of Creditor CALIBER HOME LOANS INC. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 | User: admin | Page 7 of 7
Date Rcvd: Dec 27, 2024 | Form ID: 3180W | Total Noticed: 78
TOTAL: 14